Patrick A. Long, Bar No. 48221
Abraham H. Tang, Bar No. 186334
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Ste. 370
Santa Ana, California 92707
(714) 668-1400
(714) 668-1411 (fax)

Attorneys for Defendant,
ADT SECURITY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, ) | CASE NO:  C 08-01101 JF (RS) |
| ) | |
| Plaintiff, ) | Judge: Jeremy Fogel |
| ) | Dept :  3 |
| vs. ) | |
| ) | **Subject to E-Filing** |
| ADT SECURITY SERVICES, INC., ) | |
| ELITE SECURITY US, LLC, ) | **PROOF OF SERVICE** |
| ) | |
| ) | |
| Defendants. ) | |

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action; my business address is 400 North Tustin Avenue, Suite 370, Santa Ana, California 92705.

    On  February 27, 2008, I served the following documents:

    1.  ECF Registration Information Handout;

    2.  Notice of Availability of Magistrate Judge;

    3.  Northern District of California Guidelines;

    4.  Drop Box Filing Procedures;

5. Standing Order Re Case Management in Civil Cases;

6. Standing Order Re Pretrial Preparation;

7. Standing Order Re Contents of Joint Case Management Statement;

8. Order Setting Initial Case Management Conference and ADR Deadlines;

9. Conformed Certification of Interested Entities or Persons;

10. Conformed Notice of Removal

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Gerald L. Roylance
> 1168 Blackfield Way
> Mountain View, CA 94040-2305
> Plaintiff in Pro Per

I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 27, 2008, at Santa Ana, California.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

_____
Donna Booras