*FILED*

*2008 FEB 28 A 11: 11*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.

Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>       Plaintiff,<br>  vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>           Defendants. | Case No.: CV 081101 JF RS<br><br>PROOF OF SERVICE OF SUMMONS<br><br>Complaint filed:    December 31, 2007<br>Trial Date:        None Set |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Gerald Roylance<br>1168 Blackfield Way<br>Mountain View, CA  94040-2305<br><br>TELEPHONE NO.: 650 948-1790          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  in pro per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS:
MAILING ADDRESS:     191 N. First Street
CITY AND ZIP CODE:    San Jose, CA  95113
BRANCH NAME:

| PLAINTIFF/PETITIONER: Gerald Roylance | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ADT Security Services, Inc. et al | 1-07-CV-102282 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a. [✓] summons

    b. [✓] complaint

    c. [✓] Alternative Dispute Resolution (ADR) package

    d. [ ] Civil Case Cover Sheet *(served in complex cases only)*

    e. [ ] cross-complaint

    f. [✓] other *(specify documents):* Civil Lawsuit Notice, Reservation of Damages

3.  a. Party served *(specify name of party as shown on documents served):*

    EliteSecurity.US, LLC

    b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
    under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

    Michael Birchall, Resident Agent

4.  Address where the party was served:
    495 W University Pkwy, Orem, UT 84058-7364

5.  I served the party *(check proper box)*

    a. [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
    receive service of process for the party  (1) on *(date):*                          (2) at *(time):*

    b. [ ]  **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or
    in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
      of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
      place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
      address of the person to be served, other than a United States Postal Service post office box. I informed
      him or her of the general nature of the papers.

      (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
      at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

      (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Gerald Roylance | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ADT Security Services, Inc. et al | 1-07-CV-102282 |

5.  c.  [✓]  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1)  on *(date):* 1/17/2008          (2)  from *(city):* Los Altos, CA

  (3)  [ ]  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4)  [✓]  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  [ ]  **by other means** *(specify means of service and authorizing code section):*

        [ ]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  [ ]  as an individual defendant.
  b.  [ ]  as the person sued under the fictitious name of *(specify):*
  c.  [ ]  as occupant.
  d.  [✓]  On behalf of *(specify):*  EliteSecurity.US, LLC
        under the following Code of Civil Procedure section:

  [✓] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
  [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
  [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
  [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
  [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                      [ ] other:

7.  **Person who served papers**
  a.  Name: Lynn Freret
  b.  Address: 685 Washington St
  c.  Telephone number: 650 948-8849
  d.  **The fee** for service was: $ 10
  e.  I am:
    (1)  [✓]  not a registered California process server.
    (2)  [ ]  exempt from registration under Business and Professions Code section 22350(b).
    (3)  [ ]  a registered California process server:
        (i)  [ ] owner  [ ] employee  [ ] independent contractor.
        (ii)  Registration No.:
        (iii)  County:

8.  [✓]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        or

9.  [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 14 Feb 08

Lynn Freret
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

TELEPHONE NO.: 650 948-1790    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*   in pro per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  SANTA CLARA
STREET ADDRESS:
MAILING ADDRESS:   191 N. First Street
CITY AND ZIP CODE:  San Jose, CA 95113
BRANCH NAME:

| | |
|---|---|
| FOR COURT USE ONLY | |

PLAINTIFF/PETITIONER: Gerald Roylance

DEFENDANT/RESPONDENT: ADT Security Services, Inc. et al

| CASE NUMBER: |
|---|
| 1-07-CV-102282 |

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

---

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  [✓]  summons
    b.  [✓]  complaint
    c.  [✓]  Alternative Dispute Resolution (ADR) package
    d.  [ ]  Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ]  cross-complaint
    f.  [✓]  other *(specify documents):* Civil Lawsuit Notice, Reservation of Damages

3.  a.  Party served *(specify name of party as shown on documents served):*
        EliteSecurity.US, LLC

    b.  [✓]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        Michael Birchall, Resident Agent

4.  Address where the party was served:
    495 W University Pkwy, Orem, UT 84058-7364
5.  I served the party *(check proper box)*
    a.  [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*                    (2) at *(time):*
    b.  [ ]  **by substituted service.** On *(date):*              at *(time):*              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*                   or [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 | 0136 |
| Certified Fee | | $2.65 | 10 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.28 | 01/17/2008 |

Sent To
MICHAEL BIRCHALL
Street, Apt. No.; or PO Box No. 495 W UNIVERSITY PKWY
City, State, ZIP+4
OREM, UT 84058-7364

PS Form 3800, August 2006        See Reverse for Instructions

7007 1490 0008 0000 0136 E413

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL BIRCHALL
495 W UNIVERSITY PKWAY
OREM, UT 84058-7364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M BIRCHALL    1-22-08

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 8093 3043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lynn Freret
685 Washington St
Los Altos, CA  94022-3955