Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED
2008 FEB 28  ⌐ 11: 02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, <br><br> Plaintiff, <br> vs. <br><br> ADT SECURITY SERVICES, INC., <br> ELITESECURITY.US, LLC, <br> SEAN HADLOCK, <br> DOES 1-200 <br><br> Defendants. | Case No.: 5:08-CV-01101 JF RS <br><br> REQUEST TO ENTER DEFAULT <br><br> Complaint filed:  December 31, 2007 <br> Trial Date:       None Set |

TO: Clerk of the above Court:

Plaintiff Gerald Roylance requests that the Clerk enter the default of Defendant ADT Security Services, Inc. on the grounds that said Defendant has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff had Defendant ADT Security Services, Inc. served using certified mail service before the case was removed. The pleadings were mailed to the Defendant in Florida on January 17, 2008. The Defendant's agent signed for them on January 24, 2008. In its Notice of Removal, the Defendant admits being served "on or about January 25, 2007 [sic]". [Defendant ADT Security Services, Inc.'s Notice of Removal, 2:24; also its Exhibit A, Proof of Service, page 2, shows the January 17, 2008 mailing date and a timestamp of January 25, 2008.] Under

1

California Code of Civil Procedure § 415.40, the service of summons is complete 10 days after mailing. Under California law, a defendant has 30 days after service to answer the complaint. Consequently, under state law, the answer is due 40 days after January 17, which is February 26. That date has passed.

Filing the Notice of Removal creates another due date for an answer under F.R.C.P. 81(c): either 20 days after service (which would be February 16, which has passed) or 5 days after filing the Notice of Removal (which would be February 27, which has also passed).

These facts are evidenced by the Court's file, the proof of service, Defendant ADT Security Services, Inc.'s Notice of Removal, and the accompanying Declaration of Gerald Roylance.

Respectfully submitted,

Dated: February 28, 2008

*Gerald Roylance*
Gerald Roylance