Abraham H. Tang, Bar No. 186334
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Ste. 370
Santa Ana, California 92707
(714) 668-1400
(714) 668-1411 (fax)

Attorneys for Defendant,
ADT SECURITY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| GERALD ROYLANCE, | ) | CASE NO:  C 08-01101 JF (RS) |
| Plaintiff, | ) ) ) | Judge: Jeremy Fogel |
| | ) | Dept :  3 |
| vs. | ) ) | **Subject to E-Filing** |
| ADT SECURITY SERVICES, INC., ELITE SECURITY US, LLC, | ) ) ) ) ) ) | **ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL** |
| Defendants. | ) | |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ADT Security Services (Defendant), and answers the Complaint filed on behalf of Plaintiff, Gerald Roylance (Plaintiff) as follows:

### ANSWER

1.

The allegations contained in Paragraph 1 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//
//

1

2.

The allegations contained in Paragraph 2 are admitted.

3.

The allegations contained in Paragraph 3 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein, except to admit that Elite Security US, LLC., improperly named as EliteSecurity.US, LLC (Elite) is informed and believed to be a Utah Limited Liability Company with its principle place of business located at 1607 East 1320 South, Provo, UT 84606.

4.

The allegations contained in Paragraphs 4 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

5.

The allegations contained in Paragraph 5 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

6.

The allegations contained in Paragraph 6 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

7.

The allegations contained in Paragraph 7 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

8.

The allegations contained in Paragraph 8 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

9.

Insofar as the allegations contained in Paragraph 9 pertain to the Defendant, Defendant denies the statement that any other defendants or authorized dealers were agents of Defendant. Indeed, Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control

over the actions or inactions of the other co-defendants. The remaining allegations contained in paragraph 9 are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

10.

Defendant denies that venue is proper in California State Court as the Defendant's principal place of business and state of citizenship is in Florida. Furthermore, Elite's principal place of business and state of citizenship is in Utah and the contract between Defendant and its authorized dealer for which Plaintiff bases his claim upon is to be applied and interpreted by the laws of Colorado, and to be venued in Colorado, pursuant to the written contract between Defendant and the authorized dealer. The remaining allegations contained in Paragraph 10 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

11.

The allegations contained in Paragraph 11 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

12.

The allegations contained in Paragraph 12 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

13.

To the extent the statement contained in Paragraph 13 applies to Defendant, the allegation contained in Paragraph 13 is admitted in that Plaintiff and Defendant do not have a business relationship. The remaining allegations contained in Paragraph 13 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

14.

The allegations contained in Paragraph 14 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//
//

15.

The allegations contained in Paragraph 15 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

16.

The allegations contained in Paragraph 16 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

17.

The allegations contained in Paragraph 17 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

18.

Defendant denies the statement that Telemarketing companies are agents of their principals with respect to the case at issue in that the contract between Defendant and its authorized dealers specifically requires its dealers to abide by all local and federal laws. To the extent that any authorized dealer did not abide by local and federal laws, the authorized dealer was not acting as Defendant's agent. The remaining allegations contained in Paragraph 18 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

19.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter, and Defendant denies this statement in that the contract between Defendant and its authorized dealer expressly states that all employees and persons acting for or on behalf of the authorized dealer are not agents of Defendant and that the authorized dealer is solely responsible for the acts, negligence, or omissions of its representatives, employees, and agents. Furthermore, the contract states that the authorized dealer shall have the sole responsibility for their supervision, direction and control. Indeed, Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants.

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL

20.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter, and Defendant admits this statement to the extent that Defendant has a duty to obey telemarketing statutes, where applicable, in this matter. Defendant denies this statement to the extent Plaintiff seeks to imply that Defendant is liable in this case for the acts of its authorized dealers as the contract between Defendant and its authorized dealer expressly states that all employees and persons acting for or on behalf of the authorized dealer are not agents of Defendant and that the authorized dealer is solely responsible for the acts, negligence, or omissions of its representatives, employees, and agents. Furthermore, the contract states that the authorized dealer shall have the sole responsibility for their supervision, direction and control. Indeed, Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants.

21.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. This statement is otherwise denied. Under the contract between the authorized dealer and the Defendant it is expressly stated that at no time shall the authorized dealer hold itself out as an agent or representative of the Defendant and that the authorized dealer is not an agent of the Defendant. Further, the contract provides that any agreements made by the authorized dealer to a customer are between the customer and authorized dealer. Indeed, Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants.

22.

The allegations contained in Paragraph 22 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

//

5

**ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL**

23.

The allegations contained in Paragraph 23 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

24.

The allegations contained in Paragraph 24 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

25.

The allegations contained in Paragraph 25 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

26.

The allegations contained in Paragraph 26 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

27.

The allegations contained in Paragraph 27 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

28.

The allegations contained in Paragraph 28 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

29.

The allegations contained in Paragraph 29 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

30.

The allegations contained in Paragraph 30 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

31.

The allegations contained in Paragraph 31 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL

**32.**

The allegations contained in Paragraph 32 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**33.**

The allegations contained in Paragraph 33 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**34.**

The allegations contained in Paragraph 34 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**35.**

The allegations contained in Paragraph 35 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**36.**

The allegations contained in Paragraph 36 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**37.**

The allegations contained in Paragraph 37 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**38.**

The allegations contained in Paragraph 38 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**39.**

The allegations contained in Paragraph 39 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**40.**

The allegations contained in Paragraph 40 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

41.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 41 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

42.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 42 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

43.

The allegations contained in Paragraph 43 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

44.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 44 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

45.

The allegations contained in Paragraph 45 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

46.

The allegations contained in Paragraph 46 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

47.

The allegations contained in Paragraph 47 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY
SERVICES, INC.; REQUEST FOR JURY TRIAL

48.

The allegations contained in Paragraph 48 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

49.

The allegations contained in Paragraph 49 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

50.

Defendant admits the statement that Defendant received the letter of April 17, 2007. The remaining allegations contained in Paragraph 50 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

51.

The allegations contained in Paragraph 51 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

52.

Defendant admits the statement in Paragraph 52.

53.

Defendant admits the allegation in Paragraph 53 that the letter did not specifically describe an investigation or discipline of Elite. To the extent the allegation contained in Paragraph 53 implies that Defendant did not conduct any investigation because the letter did not "describe" this activity, the statement is denied. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. All remaining allegations contained in Paragraph 53 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

54.

The allegations contained in Paragraph 54 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL

**55.**

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law as to what constitutes a "corporate employer" in this matter. Otherwise, the allegations contained in Paragraph 55 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**56.**

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law as to what constitutes a "corporate employer" in this matter. Otherwise, the allegations contained in Paragraph 56 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**57.**

The allegations contained in Paragraph 57 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**58.**

The allegations contained in Paragraph 58 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**59.**

Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The allegations contained in Paragraph 59 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**60.**

The allegations contained in Paragraph 60 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

//

//

**ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL**

61.

With respect to this matter, the allegation contained in Paragraph 61 is denied. The remaining allegations contained in Paragraph 61 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

62.

The allegation contained in Paragraph 62 simply states that Plaintiff is realleging its allegations. Thus, no response from Defendant is required. To the extent a response from Defendant is required, the allegations contained in Paragraph 62 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein, where not previously admitted or otherwise denied.

63.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, Defendant admits the statement contained in Paragraph 63.

64.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, Defendant admits the statement contained in Paragraph 64.

65.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, Defendant admits the statement contained in Paragraph 65.

66.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 66 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

**ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL**

**67.**

Defendant admits the statement contained in Paragraph 67.

**68.**

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 68 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**69.**

The allegations contained in Paragraph 69 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**70.**

The allegations contained in Paragraph 70 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**71.**

The allegations contained in Paragraph 71 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**72.**

The allegations contained in Paragraph 72 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**73.**

The allegations contained in Paragraph 73 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**74.**

To the extent the allegation contained in Paragraph 74 applies to Defendant or seeks to imply that Defendant performed the actions alleged in Paragraph 74, those allegations are denied. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. All other allegations contained

1  in Paragraph 74 of the Complaint are denied for lack of sufficient information by Defendant to
2  admit or deny the allegations therein.

3                                          75.

4  The allegations contained in Paragraph 75 of the Complaint are denied for lack of
5  sufficient information by Defendant to admit or deny the allegations therein.

6                                          76.

7  To the extent the allegations contained in paragraph 76 are directed at Defendant, those
8  allegations are denied. Defendant also had no knowledge that the other co-defendants or its
9  agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time
10 exercised any control over the actions or inactions of the other co-defendants. The remaining
11 allegations contained in Paragraph 76 of the Complaint are denied for lack of sufficient
12 information by Defendant to admit or deny the allegations therein.

13                                         77.

14 The statement made in paragraph 77 simply states that Plaintiff is realleging its
15 allegations. Thus, no response from Defendant is required. To the extent a response from
16 Defendant is required, the allegations contained in Paragraph 77 of the Complaint are denied for
17 lack of sufficient information by Defendant to admit or deny the allegations therein, where not
18 previously admitted or otherwise denied.

19                                         78.

20 Defendant objects to and disputes this statement to the extent the statement attempts to
21 recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 78 of
22 the Complaint are denied for lack of sufficient information by Defendant to admit or deny the
23 allegations therein.

24                                         79.

25 Defendant objects to and disputes this statement to the extent the statement attempts to
26 recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 79 of
27 the Complaint are denied for lack of sufficient information by Defendant to admit or deny the
28 allegations therein.

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY
SERVICES, INC.; REQUEST FOR JURY TRIAL

80.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 80 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

81.

The allegations contained in Paragraph 81 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

82.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 82 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

83.

The allegations contained in Paragraph 83 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

84.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, the allegations contained in Paragraph 84 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

85.

To the extent the allegation contained in Paragraph 85 applies to Defendant, Defendant denies the allegation in that Defendant expressly offered that Plaintiff's remedy was against the appropriate party and Defendant provided the specific name and address of that party. The remaining allegations contained in Paragraph 85 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

//

86.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 86. The remaining allegations contained in Paragraph 86 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

87.

The statement made in Paragraph 87 simply states that Plaintiff is realleging its allegations. Thus, no response from Defendant is required. To the extent a response from Defendant is required, the allegations contained in Paragraph 87 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein, where not previously admitted or otherwise denied.

88.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in paragraph 88. The remaining allegations contained in Paragraph 88 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

89.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 89. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 89 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

90.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 90. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining

allegations contained in Paragraph 90 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

91.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 91. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 91 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

92.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 92. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 92 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

93.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 93. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 93 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

94.

The statement made in Paragraph 94 simply states that Plaintiff is realleging its allegations. Thus, no response from Defendant is required. To the extent a response from Defendant is required, the allegations contained in Paragraph 94 of the Complaint are denied for

lack of sufficient information by Defendant to admit or deny the allegations therein, where not previously admitted or otherwise denied.

95.

To the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 95. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 95 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

96.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, to the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 96. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 96 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

97.

Defendant objects to and disputes this statement to the extent the statement attempts to recite the applicable law in this matter. Otherwise, to the extent the allegation applies to Defendant, Defendant denies the allegation contained in Paragraph 97. Defendant also had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants. The remaining allegations contained in Paragraph 97 of the Complaint are denied for lack of sufficient information by Defendant to admit or deny the allegations therein.

**ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL**

The remaining paragraphs in the Complaint encompass Plaintiff's prayer for damages, thus no response from Defendant is required.

## AFFIRMATIVE DEFENSES

AND NOW, further answering Plaintiffs' Complaint, Defendant avers as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

Defendant owed no duty to the Plaintiff. To the extent Defendant owed a duty to Plaintiff, which is denied, Defendant did not breach such duty.

### THIRD DEFENSE

Plaintiff is estopped from any recovery on the claims asserted.

### FOURTH DEFENSE

Any claim against Defendant is barred, in whole or in part, by the applicable statutes of limitations, prescriptive, and/or laches, estoppel, or preemption.

### FIFTH DEFENSE

Defendant avers the affirmative defenses of failure of consideration, license, payment, and applicable statute of frauds.

### SIXTH DEFENSE

Defendant avers that the claims in Plaintiff's Complaint which seek damages violate Defendant's right to procedural due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution, all applicable provisions of the Constitution of the State of California, and any state's law which may be applicable.

### SEVENTH DEFENSE

Defendant avers that the claims in Plaintiff's Petition seeking damages violate Defendant's right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution, all applicable provisions of the Constitution of the State of California, and any state's law which may be applicable.

**EIGHTH DEFENSE**

Defendant had no knowledge that the other co-defendants or its agents were engaging in any alleged violation of State and Federal Laws. Defendant at no time exercised any control over the actions or inactions of the other co-defendants.

**NINTH DEFENSE**

Defendant reserves the right to file additional Answers, Counter-Claims or Third-Party Claims, such as the facts may later disclose and require.

**WHEREFORE,** after due proceedings be had, Defendant, ADT Security Services, Inc. prays that there be judgment in its favor and against Plaintiff, Gerald Roylance dismissing the Complaint at Plaintiff's cost and for all other general and equitable relief to which it may be entitled.

**WHEREFORE**, ADT Security Services, Inc. prays for judgment against Gerald Roylance and for all other relief, in law and in equity, to which ADT may be entitled to receive, including reasonable attorneys fees' and costs.

**ADT'S DEMAND FOR JURY TRIAL**

ADT asserts its rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

DATED: February 29, 2008                LONG WILLIAMSON & DELIS

                                        BY: _____
                                            ABRAHAM H. TANG
                                            Attorneys for Defendant,
                                            ADT SECURITY SERVICES, INC.

ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY
SERVICES, INC.; REQUEST FOR JURY TRIAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 400 N. Tustin Ave., Ste. 370, Santa Ana, California 92705.

On February 29, 2008, I served the foregoing document described as **ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL** on the interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows:

Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305
Plaintiff in Pro Per
650 948-1790

**THIS CASE IS SUBJECT TO E-FILING**

(X) BY MAIL
    ( ) I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
    (X) I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
    I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ( ) By Personal Service. I personally handed a copy of the above subject pleading(s) to the addressee, or his/her identifying agent.

Executed on February 29, 2008, at Santa Ana, California.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

*/s/ Donna Booras*
Donna Booras

**ANSWER AND AFIRMATIVE DEFENSES OF DEFENDANT ADT SECURITY SERVICES, INC.; REQUEST FOR JURY TRIAL**