Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

FILED

2008 FEB 29 A 10: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>PROOF OF SERVICE<br><br>Complaint filed:    December 31, 2007<br>Trial Date:          None Set |

I, Lynn Freret, declare:

I am over 18 years of age and not a party to this action. My address is 685 Washington Street, Los Altos, CA 94022.

On the date set forth below I served a true and correct copies of:

Request to Enter Default
Declaration of Gerald Roylance in support of Entry of Default
~~Proof of Service of Summons – ADT Security Services, Inc.~~

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long<br>400 N Tustin Ave Ste 370<br>Santa Ana, CA  92705-3857 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Altos, California on February 28, 2008.

_____
Lynn Freret