Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED

2008 MAR -3 P 12: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | JURY TRIAL DEMAND |
| vs. | |
| ADT SECURITY SERVICES, INC., | Judge: Jeremy Fogel |
| ELITESECURITY.US, LLC, | Magistrate: Richard Seeborg |
| SEAN HADLOCK, | Complaint filed: December 31, 2007 |
| DOES 1-200 | Trial Date: None Set |
| Defendants. | |

Plaintiff Gerald Roylance demands a jury trial in this matter.

Respectfully submitted,

Dated: March 3, 2008

*Gerald Roylance*
Gerald Roylance

Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Judge: Jeremy Fogel<br>Magistrate: Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date: None Set |
| Defendants. | |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, Mountain View, CA. On the date set forth below I served a true and correct copy of:

Jury Trial Demand

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| Patrick Long<br>400 N Tustin Ave Ste 370<br>Santa Ana, CA 92705-3857 | |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on March 3, 2008.

*Alice Roylance*
Alice Roylance

---

5:08-CV-01101 JF RS: Jury Trial Demand

1