**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

March 6, 2008

RE:  CV 08-01101 JF             GERALD ROYLANCE-v- ADT SECURITY SERVICES INC

Default is declined as to Defendant ADT Security Services, Inc. on 3/4/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by:  Gordana Macic  
Case Systems Administrator

**DEFAULT DECLINED**
3/4/2008
RICHARD W. WIEKING, CLERK
BY J.W.
DEPUTY CLERK

ORIGINAL

08 FEB 20 AM 10: 42

Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>REQUEST TO ENTER DEFAULT<br><br>Complaint filed: December 31, 2007<br>Trial Date: None Set |

TO: Clerk of the above Court:

Plaintiff Gerald Roylance requests that the Clerk enter the default of Defendant ADT Security Services, Inc. on the grounds that said Defendant has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff had Defendant ADT Security Services, Inc. served using certified mail service before the case was removed. The pleadings were mailed to the Defendant in Florida on January 17, 2008. The Defendant's agent signed for them on January 24, 2008. In its Notice of Removal, the Defendant admits being served "on or about January 25, 2007 [sic]". [Defendant ADT Security Services, Inc.'s Notice of Removal, 2:24; also its Exhibit A, Proof of Service, page 2, shows the January 17, 2008 mailing date and a timestamp of January 25, 2008.] Under