| | |
|---|---|
| 1 | Gerald Roylance |
|   | 1168 Blackfield Way |
| 2 | Mountain View, CA 94040-2305 |
| 3 | Phone (650) 948-1790 |
| 4 | in pro per |

FILED

2008 MAR 13  P 2: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO ENTER ADT'S DEFAULT |
| vs. | F.R.C.P. 55(a), 81(c) |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Date: April 30, 2008<br>Time: 9:30 AM<br>Dept: 4 |
| Defendants. | Judge: Jeremy Fogel<br>Magistrate: Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date: None Set |

NOTICE TO Defendant ADT SECURITY SERVICES, INC. and its attorneys:

Plaintiff's Motion to Enter ADT's Default has been set for hearing on April 30, 2008, at 9:30 AM or as soon thereafter as the matter may be heard, in Department 4 of the above-entitled court, located at 280 S. 1st Street, San Jose, CA, 95113.

Plaintiff moves the Court to enter the default of ADT Security Services, Inc. ("ADT") for its failure to plead or otherwise defend within the time required by F.R.C.P. 81(c). Plaintiff earlier asked that the clerk enter ADT's default under F.R.C.P. 55(a), but the clerk declined to enter the default for reasons unknown to plaintiff. The Clerk should have entered the default. ADT Security Services, Inc. admitted being served on January 25, 2008. ADT actually received

1

Notice of Motion and Motion to Enter ADT's Default

the pleadings on January 24, 2008.  Service was perfected under state law on January 27.  ADT filed the removal petition on February 22, 2008.  Under federal rules, ADT was required to plead or otherwise defend this action with 20 days of being served (February 16) or 5 days after the filing the removal (February 27).  Consequently, the last day to plead was February 27.  On February 28, plaintiff requested default and described these circumstances.  On February 29 (presumably after getting notice of the request for default that morning), ADT filed an answer.

The motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Gerald Roylance in support of this motion, plaintiff's previous Request to Enter Default and its declaration, the papers, records and file in this action, and such oral and documentary evidence as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: March 13, 2008

*Gerald Roylance*
Gerald Roylance