Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED

2008 MAR 13 P 2: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>       Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>       Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>DECLARATION OF GERALD ROYLANCE IN SUPPORT OF MOTION TO ENTER ADT'S DEFAULT<br><br>Date:  April 30, 2008<br>Time:  9:30 AM<br>Dept:  4<br><br>Judge:           Jeremy Fogel<br>Magistrate:     Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:     None Set |

I, Gerald Roylance, declare:

1. I am a resident of Mountain View, CA, and am over the age of 18.

2. I spoke with Attorney Patrick long on February 27, 2008. He told me that he had filed the Notice of Removal in state court on February 22. He told me he had a copy that had been conformed by the state court.

1

3. I had prepared the form to request ADT's default in state court – which to my understanding still had concurrent jurisdiction until the Notice of Removal was filed in state court. I did not file that request because of Long's representation that he had a conformed copy.

4. The Notice of Removal was not filed in the state court until February 29.

5. When I tried to file the request for default in federal court, the clerk refused the second copy of the request.

6. The above is given under penalty of perjury.

7. Executed at Mountain View, California.

Respectfully submitted,

Dated: March 13, 2008

*Gerald Roylance*
Gerald Roylance