1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

5

6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | [PROPOSED] ORDER ENTERING DEFAULT OF ADT SECURITY SERVICES, INC. |
| vs. | |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Date: April 30, 2008<br>Time: 9:30 AM<br>Dept: 4 |
| Defendants. | Judge: Jeremy Fogel<br>Magistrate: Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date: None Set |

The Clerk shall enter the default of ADT Security Services, Inc. and strike its answer because the answer was filed after plaintiff requested default.

IT IS SO ORDERED.

Dated: _____

_____
United States District Court Judge

1

5:08-CV-01101 JF RS: [Proposed] Order Entering Default of ADT Security Services, Inc.