| | |
|---|---|
| 1 | Gerald Roylance |
| | 1168 Blackfield Way |
| 2 | Mountain View, CA 94040-2305 |
| 3 | Phone (650) 948-1790 |
| 4 | in pro per |

FILED

2008 MAR 13 P 2: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | PROOF OF SERVICE |
| vs. | Date: April 30, 2008 |
| ADT SECURITY SERVICES, INC., | Time: 9:30 AM |
| ELITESECURITY.US, LLC, | Dept: 4 |
| SEAN HADLOCK, | |
| DOES 1-200 | Judge: Jeremy Fogel |
| | Magistrate: Richard Seeborg |
| Defendants. | Complaint filed: December 31, 2007 |
| | Trial Date: None Set |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, Mountain View, CA 94040. On the date set forth below I served a true and correct copy of:
Notice of Motion and Motion to Enter ADT's Default
Memorandum of Points and Authorities in support of Motion to Enter ADT's Default
Declaration of Gerald Roylance in support of Motion to Enter ADT's Default
[Proposed] Order Entering Default of ADT Security Services, Inc.

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long<br>400 N Tustin Ave Ste 370<br>Santa Ana, CA  92705-3857 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at ~~Los Altos~~ Mountain View, California on March 13, 2008.

Alice Roylance

---

1

5:08-CV-01101 JF RS:  [Proposed] Order Entering Default of ADT Security Services, Inc.