| | |
|---|---|
| Gerald Roylance<br>1168 Blackfield Way<br>Mountain View, CA 94040-2305<br><br>Phone (650) 948-1790<br><br>in pro per | FILED<br><br>2008 MAR 13  P 2: 25<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>    Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>DECLARATION OF GERALD ROYLANCE IN SUPPORT OF MOTION TO STRIKE THE ANSWER OF ADT SECURITY SERVICES, INC.<br><br>Date: April 30, 2008<br>Time: 9:30 AM<br>Dept: 4<br><br>Judge:            Jeremy Fogel<br>Magistrate:      Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:      None Set |

Gerald Roylance declares

1. Given under penalty of perjury.

2. Attached as Exhibit A is a true and correct copy of the envelope that contained ADT's Answer. It shows meter mark of March 3, 2008 and the Pitney Bowes meter number of 0004250728. That is the same meter number used on other communications that I received from Long Williamson & Delis. Alice Roylance actually fetched the mail from the box as I returned from a trip to the San Jose Federal Courthouse. I opened the envelope in her presence, wrote the

1

5:08-CV-01101 JF RS: Declaration of Gerald Roylance in support of Motion to Strike the Answer of ADT Security Services, Inc.

information on the envelope, and had her attest to it. I received the envelope on March 5 – which is the usual two day mail transit time from southern California.

3. Attached as Exhibit B is a true and correct copy of business entity registration obtained from https://secure.utah.gov/bes/action/index. This information is published by the State of Utah. The webpage shows that the true name is EliteSecurity.US, LLC.

4. Attached as Exhibit C is a true and correct copy of the Notice of Cancellation that I faxed to ADT Security Services, Inc. on April 16, 2007 as alleged in ¶ 45 of the complaint. Consequently, ADT should have knowledge of this fax. Furthermore, this document shows that ADT permits its authorized dealers such as EliteSecurity.US, LLC to bind ADT and third persons to a contract.

5. Executed in Mountain View, CA.

Respectfully submitted,

Dated: March 13, 2008

*Gerald Roylance*
Gerald Roylance

5:08-CV-01101 JF RS: Declaration of Gerald Roylance in support of Motion to Strike the Answer of ADT Security Services, Inc.



Long Williamson & Deis
A PROFESSIONAL CORPORATION
400 NORTH TUSTIN AVENUE
SUITE 370
SANTA ANA, CALIFORNIA 92705

Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

ExA



# Utah Department of Commerce — Business Entity Search

| | | | |
|---|---|---|---|
| **Name** | **Type** | **City** | **Status** |
| ELITESECURITY.US, LLC | Limited Liability Company | OREM | Active |

**Business Name:** ELITESECURITY.US, LLC
**Entity Number:** 5523709-0160
**Registration Date:** 11/14/2003
**State of Origin:**

### Address
495 W UNIVERSITY PARKWAY
OREM, UT 84058

### Status
**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 01/07/2005
**Last Renewed:** 09/25/2007
**License Type:** LLC - Domestic
**Delinquent Date:** 11/14/2008

### Registered Agent
**Registered Agent:** MICHAEL BIRCHALL
[Search BES]  [Search RPS]
**Address Line 1:** 1607 E 1320 S
**Address Line 2:**
**City:** Provo
**State:** UT
**Zip:** 84606

### Additional Information
**NAICS Code:** 9999
**NAICS Title:** 9999-Nonclassifiable Establishment

With this information, you can...

[Search for Images] — If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a $2.00 fee per image of a document for this service.

[Purchase Certificate of Existence] — If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a $12.00 fee for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.

[Access Principal Information] — If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a $1.00 fee for this information.

[Back to search results]    [Do Another Search]

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2008 State of Utah - All rights reserved.

Ex B

1168 Blackfield Way
Mountain View, CA 94040-2305

# fax confidential

| | |
|---|---|
| To: | **ADT Security Services, Inc** |
| Fax Number: | 1010811 1 303 3065887 |
| From: | **Gerald Roylance** |
| Fax Number: | 650 948-1790 |
| Business Phone: | |
| Home Phone: | 650 948-1790 |
| Pages: | 2 |
| Date/Time: | 4/16/2007 4:44:11 PM |
| Subject: | EliteSecurity.US, LLC: Acct # N413258859 |

I never signed up for this service nor had it installed. Elite was to send the contract so I could check the terms. Elite is using illegal unsolicited prerecorded calls to market their services. I will be sending a demand letter for violations of the Telephone Consumer Protection Act and the Consumer Legal Remedies Act.

Ex C

# NOTICE OF CANCELLATION

Monitoring Account No. _____

04-15-07P04:06 RCVD

ENTER DATE OF TRANSACTION
4-12-07

The ADT Authorized Dealer Program is an approved program of ADT Security Services, Inc. If there are any questions regarding the program or your dealer, please call ADT at 800-725-serv.

I HEREBY ACKNOWLEDGE RECEIPT OF THIS NOTICE
BUYER SIGNATURE

IN ORDER TO CANCEL, BUYER MUST SIGN BELOW.

YOU MAY CANCEL THIS TRANSACTION, WITHOUT PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE AGREEMENT, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE SELLER AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS AGREEMENT; OR YOU MAY IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK.

IF YOU MAKE THE GOODS AVAILABLE TO THE SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN 20 DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREE TO RETURN THE GOODS TO THE SELLER AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE TO

*I never agreed to service. I received this notice on 4/16/2007 ~4PM.*

ADT Security Services, Inc.
14200 E. Exposition Avenue
Aurora, CO 80012-2512

NO LATER THAN MIDNIGHT OF  4-15-07
(Date)

## I HEREBY CANCEL THIS TRANSACTION

*Gerald Roylance*                                    4/16/2007
Buyer's Signature                                    (Date)

NAME: Gerald Roylance
ADDRESS: 1168 Blackfield Way
CITY: ~~Santa Clara~~ Mountain View
STATE: CA
ZIP: ~~94035~~ 94040
SALES REPRESENTATIVE'S NAME: Sean Hudlock
DEALER'S NAME: Elite Security

F5007-00

© 1997 ADT Security Services
A TYCO INTERNATIONAL LTD. COMPANY