1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

5

6

7                    UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)
8

9  GERALD ROYLANCE,                      Case No.: 5:08-CV-01101 JF RS

10         Plaintiff,                    [PROPOSED] ORDER STRIKING ADT
                                         SECURITY SERVICES, INC.'S ANSWER
           vs.                           AND ENTERING ITS DEFAULT
11
   ADT SECURITY SERVICES, INC.,
12 ELITESECURITY.US, LLC,                Date:  April 30, 2008
   SEAN HADLOCK,                         Time:  9:30 AM
13 DOES 1-200                            Dept:  4

14         Defendants.                   Judge:          Jeremy Fogel
                                         Magistrate:     Richard Seeborg
15                                       Complaint filed: December 31, 2007
                                         Trial Date:     None Set
16

17       Having weighed the papers and arguments in this matter, the Answer of ADT Security

18 Services, Inc. is stricken and its default shall be entered.

19       IT IS SO ORDERED.

20

21

22 Dated: _____      _____
                                   United States District Court Judge
23

24

25

                                         1