| | |
|---|---|
| Gerald Roylance<br>1168 Blackfield Way<br>Mountain View, CA 94040-2305<br><br>Phone (650) 948-1790<br><br>in pro per | FILED<br><br>2008 MAR 13 P 2: 35<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA S.J. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>          Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>PROOF OF SERVICE<br><br>Date:  April 30, 2008<br>Time:  9:30 AM<br>Dept:  4<br><br>Judge:              Jeremy Fogel<br>Magistrate:       Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:        None Set |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, Mountain View, CA 94040. On the date set forth below I served a true and correct copy of:

Notice of Motion and Motion to Strike the Answer of ADT Security Services, Inc.
Memorandum of Points and Authorities in support of Motion to Strike the Answer of ADT Security Services, Inc.
Declaration of Gerald Roylance in support of Motion to Strike the Answer of ADT Security Services, Inc.
[Proposed] Order Striking ADT Security Services, Inc.'s Answer and Entering its Default

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long<br>400 N Tustin Ave Ste 370<br>Santa Ana, CA  92705-3857 | |

1

5:08-CV-01101 JF RS:  [Proposed] Order Striking ADT Security Services, Inc.'s Answer and Entering its Default

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at ~~Los Altos~~ Mountain View, California on March 13, 2008.

*Alice Roylance*
Alice Roylance