1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

FILED

'08 MAR 13 P 2: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA / S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>NOTICE OF MOTION AND MOTION TO REMAND<br><br>Date:  April 30, 2008<br>Time:  9:30 AM<br>Dept:  4<br><br>Judge:            Jeremy Fogel<br>Magistrate:       Richard Seeborg<br>Complaint filed:  December 31, 2007<br>Trial Date:       None Set |

NOTICE TO Defendant ADT SECURITY SERVICES, INC. and its attorneys:

Plaintiff's Motion to Remand has been set for hearing on April 30, 2008, at 9:30 AM or as soon thereafter as the matter may be heard, in Department 4 of the above-entitled court, located at 280 S. 1st Street, San Jose, CA, 95113.

Plaintiff moves that this case be remanded to state court under 28 U.S.C § 1447(c). The removal has procedural problems, and this Court lacks subject matter jurisdiction. The grounds for removal are:

The petition was filed too late – more than 30 days after EliteSecurity.US, LLC received a copy of the summons and complaint.

1

1    EliteSecurity.US, LLC neither joined in the removal nor filed its consent within 30 days
2    as required by 28 U.S.C. § 1446(b).

3    The TCPA is not a federal question.

4    The state court has exclusive jurisdiction on TCPA actions in the 9th Circuit. District
5    courts do not have original jurisdiction for the TCPA.

6    ADT Security Services, Inc. has not shown that it is more likely than not that the
7    amount in controversy exceeds $75,000. The face of the complaint states the action is for $5,000
8    trebled to $15,000 plus punitive and exemplary damages.

9    The motion is based on this Notice, the attached Memorandum of Points and
10   Authorities, the papers, records and file in this action, and such oral and documentary evidence
11   as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: March 13, 2008

*Gerald Roylance*
Gerald Roylance