Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>       Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>       Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>[PROPOSED] ORDER REMANDING CASE TO STATE COURT<br><br>Date:   April 30, 2008<br>Time:   9:30 AM<br>Dept:   4<br><br>Judge:            Jeremy Fogel<br>Magistrate:       Richard Seeborg<br>Complaint filed:  December 31, 2007<br>Trial Date:       None Set |

Having carefully considered the briefs and arguments of counsel, IT IS HEREBY ORDERED that this matter is REMANDED to Superior Court of California, County of Santa Clara.

Dated: _____

_____
United States District Judge

---

1

5:08-CV-01101 JF RS: [Proposed] Order Remanding Case to State Court