```
1   Gerald Roylance
    1168 Blackfield Way
2   Mountain View, CA 94040-2305

3   Phone (650) 948-1790

4   in pro per
```

FILED
2008 MAR 13 P 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | PROOF OF SERVICE |
| vs. | Date: April 30, 2008 |
| ADT SECURITY SERVICES, INC., | Time: 9:30 AM |
| ELITESECURITY.US, LLC, | Dept: 4 |
| SEAN HADLOCK, | |
| DOES 1-200 | Judge: Jeremy Fogel |
| | Magistrate: Richard Seeborg |
| Defendants. | Complaint filed: December 31, 2007 |
| | Trial Date: None Set |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, MountainView, CA. On the date set forth below I served a true and correct copy of:

Notice of Motion and Motion to Remand
Memorandum of Points and Authorities in support of Motion to Remand
[Proposed] Order Remanding Case to State Court

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long | |
| 400 N Tustin Ave Ste 370 | |
| Santa Ana, CA 92705-3857 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on March 13, 2008.

*Alice Roylance*
Alice Roylance

---

1

5:08-CV-01101 JF RS:  [Proposed] Order Remanding Case to State Court