

Richard M. Simses
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone No.: 713/627-9393

**Filed**
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GERALD ROYLANCE

08-1101 JF

CASE NO. 2:06-cv-00723

Plaintiff(s),

v.

ADT SECURITY SERVICES, et al.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

_____ Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Richard M. Simses, an active member in good standing of the bar of State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing ADT Security Services, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Abraham H. Tang, Long, Williamson & Delis, 400 N. Tustin Avenue, Ste. 370, Santa Ana, California 92705, Telephone No.: 714/668-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/10/08



```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002799
Cashier ID: harwellt
Transaction Date: 03/17/2008
Payer Name: Abbott Simses and Kuchler
--------------------------------------
PRO HAC VICE
 For: Ricahrd M. Simses
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 21898
 Amt Tendered: $210.00
--------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 06-cv-00723-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```