UNITED STATES  DISTRICT COURT

Northern District of California

GERALD ROYLANCE

CASE NO.  2:06-cv-00723

Plaintiff(s),

v.

ADT SECURITY SERVICES, et al.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).

Richard M. Simses                                          , an active member in good standing of the bar of

Texas                                          whose business address and telephone number

(particular court to which applicant is admitted)

is

1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone No.: 713/627-9393

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing ADT Security Services, et al.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

_____
United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

08-1101 JF