1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

FILED

'08 MAR 18 P 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>RENOTICE OF MOTION AND MOTION TO REMAND<br><br>Date:  May 9, 2008<br>Time:  9:00 AM<br>Dept:  5 3rd Floor<br><br>Judge:            Jeremy Fogel<br>Magistrate:       Richard Seeborg<br>Complaint filed:  December 31, 2007<br>Trial Date:       None Set |

NOTICE TO Defendant ADT SECURITY SERVICES, INC. and its attorneys:

Plaintiff's Motion to Remand has been set for hearing on May 9, 2008, at 9:00 AM or as soon thereafter as the matter may be heard, in Department 5 3rd Floor of the above-entitled court, located at 280 S. 1st Street, San Jose, CA, 95113.

Plaintiff moves that this case be remanded to state court under 28 U.S.C § 1447(c). The removal has procedural problems, and this Court lacks subject matter jurisdiction. The grounds for removal are:

The petition was filed too late – more than 30 days after EliteSecurity.US, LLC received a copy of the summons and complaint.

1

5:08-CV-01101 JF RS: reNotice of Motion and Motion to Remand

1  EliteSecurity.US, LLC neither joined in the removal nor filed its consent within 30 days
2  as required by 28 U.S.C. § 1446(b).

3  The TCPA is not a federal question.

4
5  The state court has exclusive jurisdiction on TCPA actions in the 9th Circuit.  District
6  courts do not have original jurisdiction for the TCPA.

7  ADT Security Services, Inc. has not shown that it is more likely than not that the
8  amount in controversy exceeds $75,000.  The face of the complaint states the action is for $5,000
9  trebled to $15,000 plus punitive and exemplary damages.

10
11 The motion is based on this Notice, the attached Memorandum of Points and
12 Authorities, the papers, records and file in this action, and such oral and documentary evidence
13 as may be presented at the hearing on the motion.

14                                              Respectfully submitted,

15
16 Dated: March 18, 2008                        *Gerald Roylance* (signature)
17                                              Gerald Roylance

| | |
|---|---|
| 1 | Gerald Roylance |
| | 1168 Blackfield Way |
| 2 | Mountain View, CA 94040-2305 |
| 3 | Phone (650) 948-1790 |
| 4 | in pro per |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | PROOF OF SERVICE |
| vs. | Date: May 9, 2008 |
| ADT SECURITY SERVICES, INC., | Time: 9:00 AM |
| ELITESECURITY.US, LLC, | Dept: 5 3rd Floor |
| SEAN HADLOCK, | |
| DOES 1-200 | Judge: Jeremy Fogel |
| | Magistrate: Richard Seeborg |
| Defendants. | Complaint filed: December 31, 2007 |
| | Trial Date: None Set |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, MountainView, CA. On the date set forth below I served a true and correct copy of:

reNotice of Motion and Motion to Remand

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long | |
| 400 N Tustin Ave Ste 370 | |
| Santa Ana, CA 92705-3857 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on March 18, 2008.

*Alice Roylance*
Alice Roylance

1

5:08-CV-01101 JF RS: reNotice of Motion and Motion to Remand