Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED
2008 MAR 18 P 3: 37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>          Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>          Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>RENOTICE AND WITHDRAWL OF MOTION AND MOTION TO ENTER ADT'S DEFAULT<br>F.R.C.P. 55(a), 81(c)<br><br>Date:   May 9, 2008<br>Time:  9:00 AM<br>Dept:   5 3rd Floor<br><br>Judge:              Jeremy Fogel<br>Magistrate:       Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:         None Set |

NOTICE TO Defendant ADT SECURITY SERVICES, INC. and its attorneys:

Plaintiff's Motion to Enter ADT's Default has been set for hearing on May 9, 2008, at 9:00 AM or as soon thereafter as the matter may be heard, in Department 5 3rd Floor of the above-entitled court, located at 280 S. 1st Street, San Jose, CA, 95113.

Plaintiff withdraws this motion. He has recently learned to count 5 days according to F.R.C.P. 6(a).

Plaintiff moves the Court to enter the default of ADT Security Services, Inc. ("ADT") for its failure to plead or otherwise defend within the time required by F.R.C.P. 81(c). Plaintiff

earlier asked that the clerk enter ADT's default under F.R.C.P. 55(a), but the clerk declined to enter the default for reasons unknown to plaintiff. The Clerk should have entered the default. ADT Security Services, Inc. admitted being served on January 25, 2008. ADT actually received the pleadings on January 24, 2008. Service was perfected under state law on January 27. ADT filed the removal petition on February 22, 2008. Under federal rules, ADT was required to plead or otherwise defend this action with 20 days of being served (February 16) or 5 days after the filing the removal (February 27). Consequently, the last day to plead was February 27. On February 28, plaintiff requested default and described these circumstances. On February 29 (presumably after getting notice of the request for default that morning), ADT filed an answer.

The motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Gerald Roylance in support of this motion, plaintiff's previous Request to Enter Default and its declaration, the papers, records and file in this action, and such oral and documentary evidence as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: March 18, 2008

*Gerald Roylance*
Gerald Roylance

Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>PROOF OF SERVICE<br><br>Date: May 9, 2008<br>Time: 9:00 AM<br>Dept: 5 3rd Floor<br><br>Judge: Jeremy Fogel<br>Magistrate: Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date: None Set |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, Mountain View, CA 94040. On the date set forth below I served a true and correct copy of:

Renotice and Withdrawl of Motion and Motion to Enter ADT's Default

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| | |
|---|---|
| Patrick Long<br>400 N Tustin Ave Ste 370<br>Santa Ana, CA 92705-3857 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on March 18, 2008.

*Alice Roylance*
Alice Roylance

---

1

5:08-CV-01101 JF RS: Renotice and Withdrawl of Motion and Motion to Enter ADT's Default