Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED

2008 MAR 18 P 3:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
|---|---|
| Plaintiff, | MOTION FOR PERMISSION TO EFILE |
| vs. | |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Judge: Jeremy Fogel<br>Magistrate: Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date: None Set |
| Defendants. | |

Plaintiff Gerald Roylance requests the Court's permission to eFile papers in this matter.

This is a motion for administrative relief under L.R. 7-11. Administrative motions do not require a hearing.

Gerald Roylance has internet access, an email account, a scanner, and an application that produces Adobe PDF format files. He would like the option of electronically filing papers.

Respectfully submitted,

Dated: March 18, 2008

*Gerald Roylance*
Gerald Roylance

---

5:08-CV-01101 JF RS: Motion for Permission to eFile

1