Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>　　　　Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFF GERALD ROYLANCE TO EFILE<br><br>Judge:　　　　　Jeremy Fogel<br>Magistrate:　　Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:　　　None Set |

Plaintiff Gerald Roylance may electronically file documents in this matter.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Judge

---

5:08-CV-01101 JF RS: [Proposed] Order Permitting Plaintiff Gerald Roylance to eFile