1   Gerald Roylance
    1168 Blackfield Way
2   Mountain View, CA 94040-2305

3   Phone (650) 948-1790

4   in pro per

5

6

7

8

FILED

2008 MAR 18 ᴅ 3: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

38

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

9   GERALD ROYLANCE,                          Case No.: 5:08-CV-01101 JF RS

10            Plaintiff,                       PROOF OF SERVICE

11      vs.
                                              Judge:            Jeremy Fogel
12  ADT SECURITY SERVICES, INC.,              Magistrate:       Richard Seeborg
    ELITESECURITY.US, LLC,                    Complaint filed:  December 31, 2007
13  SEAN HADLOCK,                             Trial Date:       None Set
    DOES 1-200
14
             Defendants.
15

16      I, Alice Roylance, declare:
        I am over 18 years of age and not a party to this action. My address is 1168 Blackfield
17  Way, Mountain View, CA. On the date set forth below I served a true and correct copy of:

18  Motion for Permission to eFile
    [Proposed] Order Permitting Plaintiff Gerald Roylance to eFile
19
    By placing copies in a sealed envelope postage thereon fully prepaid with the United States
20  Postal Service addressed to the following persons:

    | Patrick Long | |
    |---|---|
    | 400 N Tustin Ave Ste 370 | |
    | Santa Ana, CA  92705-3857 | |

22      I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct. Executed at Mountain View, California on March 18, 2008.
23

24

25                          *Alice Roylance*
                            Alice Roylance

1