**E-filed 3/20/08**

1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

5

6

7

8           UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

9  GERALD ROYLANCE,
                                    Case No.: 5:08-CV-01101 JF RS
10
           Plaintiff,
11                                  [PROPOSED] ORDER PERMITTING
       vs.                          PLAINTIFF GERALD ROYLANCE TO
12                                  EFILE
   ADT SECURITY SERVICES, INC.,
   ELITESECURITY.US, LLC,           Judge:              Jeremy Fogel
13 SEAN HADLOCK,                    Magistrate:         Richard Seeborg
   DOES 1-200                       Complaint filed:    December 31, 2007
14                                  Trial Date:         None Set
15         Defendants.

16     Plaintiff Gerald Roylance may electronically file documents in this matter.

17     IT IS SO ORDERED.

18     Plaintiff is directed to review General Order 45 for rules regarding E-filing.

19
   Dated:  3/20/08
20
                                              Judge
21

22

23

24

25