UNITED STATES DISTRICT COURT

Northern District of California

**Filed**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED MAR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

CV 08-1101 JF

GERALD ROYLANCE

Plaintiff(s),

v.

ADT SECURITY SERVICES, et al.

Defendant(s).

CASE NO. 2:06-cv-00723

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul M. Lavelle, an active member in good standing of the bar of Louisiana whose business address and telephone number (particular court to which applicant is admitted) is

400 LaFayette Street, Suite 200
New Orleans, Louisiana 70130
Telephone No.: 504/568-9393

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ADT Security Services, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 3-20-0F

United States ~~Magistrate~~ District Judge