**UNITED STATES DISTRICT COURT**
Northern District of California

*Filed MAR 21 2008*
*RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

*RECEIVED MAR 17 2008*

GERALD ROYLANCE

CASE NO. CV-08-1101-JF (~~2:06-cv-00723~~)

Plaintiff(s),

v.

ADT SECURITY SERVICES, et al.

Defendant(s).

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Richard M. Simses, an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone No.: 713/627-9393

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ADT Security Services, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

United States ~~Magistrate~~ District Judge