Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California  95381-0709
Telephone:  (209) 667-2300
Fax:  (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, | **Case No.: C 08-01101 JF (RS)** |
| Plaintiff, | **Judge:  Jeremy Fogel** <br> **Dept. :  3** |
| vs. | **Subject to E-Filing** |
| ADT SECURITY SERVICES, INC.; ELITESECURITY.US, LLC; SEAN HADLOCK; DOES 1-200, | **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT ELITESECURITY.US, LLC** |
| Defendants. | **Demand for Jury Trial by Elitesecurity.Us, LLC** |

**COMES NOW**, ELITESECURITY.US, LLC (hereinafter "ELITE") which answers the allegations of plaintiff's complaint, as follows:

1.    In answer to paragraph 1 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

2.    In answer to paragraph 2 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

3.    In answer to the allegations of paragraph 3 of the complaint, ELITE admits that ELITESECURITY.US, LLC is a Utah Limited Liability Company, that it claims to be an authorized dealer of ADT SECURITY SERVICES, and that it operated at the 1607 E. 1320 S., Provo, UT address, and now operates at 495 W. University Parkway, Orem, UT.  The remaining allegations are denied due to lack of sufficient information and belief.

4.    In answer to paragraph 4 of the complaint, ELITE denies the allegations.

5.    In answer to the allegations of paragraph 5, admit that website is registered to USIGHT, but denies remaining allegations due to lack of sufficient information and belief.

6.    In answer to paragraph 6 of the complaint, ELITE admits that Michael David Birchall is an owner of ELITE and an individual, but denies the allegations as to plaintiff's knowledge due to lack of sufficient information and belief.  The remaining allegations are denied.

7.    In answer to the allegations of paragraph 7, ELITE admits that entity was a Utah Limited Liability Company that was registered to do business in California.  The remaining allegations are denied due to lack of sufficient information and belief.

8.    In answer to the allegations of paragraph 8, ELITE admits that SEAN HADLOCK is an individual, but denies the remaining allegations.

9.    In answer to the allegations of paragraph 9, ELITE denies the allegations due to lack of sufficient information and belief.

10.    In answer to the allegations of paragraph 10, ELITE denies the allegations.

11.    In answer to the allegations of paragraph 11, ELITE lacks sufficient information and belief to admit or deny such allegations and, on that basis, the allegations are denied.

12.    In answer to paragraph 12 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

13.    In answer to paragraph 13, ELITE admits that it does not have a business relationship with plaintiff, but denies the remaining allegations due to lack of sufficient information and belief.

14.    In answer to paragraph 14 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

15.    In answer to paragraph 15 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

16.    In answer to the allegations of paragraph 16, the allegations are vague, ambiguous and call for speculation as to the meaning of the phrases employed.  As phrased, ELITE lacks sufficient information and belief to admit or deny whether it develops, markets, sells and/or manages residential alarm systems and services and, on that basis, denies the allegations.

1        17.    In answer to the allegations of paragraph 17, the allegations are vague, ambiguous and

2    call for speculation such that ELITE cannot admit or deny the allegations without solicitations and,

3    on that basis, ELITE denies the allegations due to lack of sufficient information and belief.

4        18.    In answer to the allegations of paragraph 18, ELITE denies the allegations.

5        19.    In answer to the allegations of paragraph 19, ELITE denies the allegations.

6        20.    In answer to the allegations of paragraph 20, ELITE denies the allegations.

7        21.    In answer to the allegations of paragraph 21, the allegations are vague, ambiguous and

8    call for speculation as to the meaning of the phrase "can bind third party consumers to a contract

9    with ADT" such that ELITE is unable to admit or deny the charging allegations and, on that basis,

10   the allegations are denied.

11       22.    In answer to paragraph 22 of the complaint, ELITE lacks sufficient information and

12   belief to admit or deny the allegations and, on that basis, denies the allegations.

13       23.    In answer to paragraph 23 of the complaint, ELITE lacks sufficient information and

14   belief to admit or deny the allegations and, on that basis, denies the allegations.

15       24.    In answer to paragraph 24 of the complaint, ELITE lacks sufficient information and

16   belief to admit or deny the allegations and, on that basis, denies the allegations.

17       25.    In answer to paragraph 25 of the complaint, ELITE lacks sufficient information and

18   belief to admit or deny the allegations and, on that basis, denies the allegations.

19       26.    In answer to paragraph 26 of the complaint, ELITE lacks sufficient information and

20   belief to admit or deny the allegations and, on that basis, denies the allegations.

21       27.    In answer to paragraph 27 of the complaint, ELITE lacks sufficient information and

22   belief to admit or deny the allegations and, on that basis, denies the allegations.

23       28.    In answer to paragraph 28 of the complaint, ELITE lacks sufficient information and

24   belief to admit or deny the allegations and, on that basis, denies the allegations.

25       29.    In answer to paragraph 29 of the complaint, ELITE lacks sufficient information and

26   belief to admit or deny the allegations and, on that basis, denies the allegations.

27       30.    In answer to paragraph 30 of the complaint, ELITE lacks sufficient information and

28   belief to admit or deny the allegations and, on that basis, denies the allegations.

Answer and Affirmative Defenses of Defendant
ELITESECURITY.US, LLC – Demand for Jury Trial

1    31.    In answer to paragraph 31 of the complaint, ELITE lacks sufficient information and
2    belief to admit or deny the allegations and, on that basis, denies the allegations.

3    32.    In answer to paragraph 32 of the complaint, ELITE lacks sufficient information and
4    belief to admit or deny the allegations and, on that basis, denies the allegations.

5    33.    In answer to paragraph 33 of the complaint, ELITE lacks sufficient information and
6    belief to admit or deny the allegations and, on that basis, denies the allegations.

7    34.    In answer to paragraph 34 of the complaint, ELITE lacks sufficient information and
8    belief to admit or deny the allegations and, on that basis, denies the allegations.

9    35.    In answer to paragraph 35 of the complaint, ELITE lacks sufficient information and
10    belief to admit or deny the allegations and, on that basis, denies the allegations.

11    36.    In answer to paragraph 36 of the complaint, ELITE lacks sufficient information and
12    belief to admit or deny the allegations and, on that basis, denies the allegations.

13    37.    In answer to paragraph 37 of the complaint, ELITE lacks sufficient information and
14    belief to admit or deny the allegations and, on that basis, denies the allegations.

15    38.    In answer to paragraph 38 of the complaint, ELITE lacks sufficient information and
16    belief to admit or deny the allegations and, on that basis, denies the allegations.

17    39.    In answer to paragraph 39 of the complaint, ELITE lacks sufficient information and
18    belief to admit or deny the allegations and, on that basis, denies the allegations.

19    40.    In answer to paragraph 40 of the complaint, ELITE lacks sufficient information and
20    belief to admit or deny the allegations and, on that basis, denies the allegations.

21    41.    In answer to paragraph 41 of the complaint, ELITE lacks sufficient information and
22    belief to admit or deny the allegations and, on that basis, denies the allegations.

23    42.    In answer to paragraph 42 of the complaint, ELITE lacks sufficient information and
24    belief to admit or deny the allegations and, on that basis, denies the allegations.

25    43.    In answer to paragraph 43 of the complaint, ELITE lacks sufficient information and
26    belief to admit or deny the allegations and, on that basis, denies the allegations.

27    44.    In answer to paragraph 44 of the complaint, ELITE lacks sufficient information and
28    belief to admit or deny the allegations and, on that basis, denies the allegations.

45. In answer to paragraph 45 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

46. In answer to paragraph 46 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

47. In answer to paragraph 47 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

48. In answer to paragraph 48, ELITE denies that it had a prerecorded telemarketing campaign; the remaining allegations are denied due to lack of sufficient information or belief.

49. In answer to paragraph 49 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

50. In answer to paragraph 50 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

51. In answer to paragraph 51 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

52. In answer to paragraph 52 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

53. In answer to paragraph 53 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

54. In answer to paragraph 54 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

55. In answer to paragraph 55 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

56. In answer to the allegations of paragraph 56, the allegations are vague, ambiguous and call for speculation such that ELITE cannot determine whether to admit or deny the allegations and, on that basis, the allegations are denied.

57. In answer to paragraph 57 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

58. In answer to paragraph 58 of the complaint, ELITE denies the allegations.

5

59.    In answer to paragraph 59 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

60.    In answer to the allegations of paragraph 60 as aimed at ELITE, the allegations are vague, ambiguous, and call for speculation such that ELITE lacks sufficient information to admit or deny the allegations and, on that basis, the allegations are denied.  As aimed at other defendants, ELITE lacks sufficient information and belief and, on that basis the allegations are denied.

61.    In answer to paragraph 61 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

62.    In response to the allegations of paragraph 62, ELITE hereby incorporates its responses and objections to each of the preceding allegations.

63.    In answer to the allegations of paragraph 63, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect or Congress' intent.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

64.    In answer to the allegations of paragraph 64, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

65.    In answer to the allegations of paragraph 65, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

66.    In answer to the allegations of paragraph 66, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

67.    In answer to the allegations of paragraph 67, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

68.    In answer to the allegations of paragraph 68, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

69. In answer to paragraph 69 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

70. In answer to paragraph 70 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

71. In answer to paragraph 71 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

72. In answer to paragraph 72 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

73. In answer to the allegations of paragraph 73, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

74. In answer to the allegations of paragraph 74 as directed to ELITE, the allegations are denied. As directed to the other defendants, the allegations are denied due to lack of sufficient information or belief.

75. In answer to paragraph 75 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

76. In answer to paragraph 76 of the complaint, ELITE lacks sufficient information and belief to admit or deny the allegations and, on that basis, denies the allegations.

77. In response to the allegations of paragraph 77, ELITE hereby incorporates its responses and objections to each of the preceding allegations.

78. In answer to the allegations of paragraph 78, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect. In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

79. In answer to the allegations of paragraph 79, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect. In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

80. In answer to the allegations of paragraph 80, ELITE objects to plaintiff's argument concerning the status of the law or its legal effect. In response to the allegations, ELITE denies the allegations due to lack of sufficient information or belief.

1    81.    In answer to paragraph 81 of the complaint, ELITE lacks sufficient information and
2    belief to admit or deny the allegations and, on that basis, denies the allegations.

3    82.    In answer to paragraph 82 of the complaint, ELITE lacks sufficient information and
4    belief to admit or deny the allegations and, on that basis, denies the allegations.

5    83.    In answer to paragraph 83 of the complaint, ELITE lacks sufficient information and
6    belief to admit or deny the allegations and, on that basis, denies the allegations.

7    84.    In answer to the allegations of paragraph 84, ELITE objects to plaintiff's argument
8    concerning the status of the law or its legal effect.  In response to the allegations, ELITE denies the
9    allegations due to lack of sufficient information or belief.

10    85.    In answer to paragraph 85 of the complaint, ELITE lacks sufficient information and
11    belief to admit or deny the allegations and, on that basis, denies the allegations.

12    86.    In answer to paragraph 86 of the complaint, ELITE denies the allegations.

13    87.    In response to the allegations of paragraph 87, ELITE hereby incorporates its
14    responses and objections to each of the preceding allegations.

15    88.    In answer to paragraph 88 of the complaint, ELITE denies the allegations.

16    89.    In answer to the allegations of paragraph 89 as directed to ELITE, the allegations are
17    denied; as directed to the other defendants, the allegations are denied due to lack of sufficient
18    information or belief.

19    90.    In answer to the allegations of paragraph 90 as directed to ELITE, the allegations are
20    denied; as directed to the other defendants, the allegations are denied due to lack of sufficient
21    information or belief.

22    91.    In answer to the allegations of paragraph 91 as directed to ELITE, the allegations are
23    denied; as directed to the other defendants, the allegations are denied due to lack of sufficient
24    information or belief.

25    92.    In answer to the allegations of paragraph 92 as directed to ELITE, the allegations are
26    denied; as directed to the other defendants, the allegations are denied due to lack of sufficient
27    information or belief.

28    93.    In answer to the allegations of paragraph 93 as directed to ELITE, the allegations are

denied; as directed to the other defendants, the allegations are denied due to lack of sufficient information or belief.

94.    In response to the allegations of paragraph 94, ELITE hereby incorporates its responses and objections to each of the preceding allegations.

95.    In answer to paragraph 95, the allegations are denied.

96.    In answer to the allegations of paragraph 96 as directed to ELITE, the allegations are denied; as directed to the other defendants, the allegations are denied due to lack of sufficient information or belief.

97.    In answer to the allegations of paragraph 97 as directed to ELITE, the allegations are denied; as directed to the other defendants, the allegations are denied due to lack of sufficient information or belief.

## AFFIRMATIVE DEFENSES

On information and belief, defendants assert the following affirmative defenses:

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges that plaintiff has failed to state sufficient facts to constitute a cause of action.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges that plaintiff's complaint and each part thereof fails to state facts sufficient to constitute a cause of action premised on liability of this answering defendant for the criminal act of others.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges that the complaint and each part thereof fails to state facts upon which an award of punitive damages could be entered against this answering defendant.

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges that plaintiff has failed to mitigate his damages, if any, which arose out of the subject of the complaint and each and every cause of action thereto.

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges that in the event plaintiff recovers a judgment against defendant, request is hereby made that any such liability be apportioned under equitable principles with that of any other

1  defendants similarly held responsible to, or with, plaintiff.

2      AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering
3  defendant alleges that the acts of this answering defendant were not the proximate cause of plaintiff's
4  alleged injuries, if any there were, and that the unforeseeable, independent, and intervening acts on
5  the part of the co-defendants and/or third parties operated to produce plaintiff's injuries, if any there
6  were.

7      AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this
8  answering defendant alleges that plaintiff is estopped from claiming damages, if any.

9      AS AND FOR A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering
10  defendant alleges that plaintiff has no standing to sue as alleged in the complaint on file herein.

11      AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering
12  defendant alleges that defendant is not subject to liability to any person or persons for the action
13  brought under the Consumer Legal Remedies Act, California Civil Code §1750 et seq., by virtue of
14  the defenses provided in California Civil Code §§ 1782, 1783, and 1784.

15      AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering
16  defendant alleges that the plaintiff's complaint, and each cause of action alleged therein, is barred by
17  Civil Code §§ 1750 through 1784 in that plaintiff has failed to notify this answering defendant of the
18  alleged violations of the Consumer Legal Remedies Act.

19      WHEREFORE, ELITESECURITY.US, LLC prays for judgment in its favor and against
20  plaintiff, for its recoverable attorney's fees and costs, and for such other relief as is just and proper.

21      Further, ELITESECURITY.US, LLC demands a trial by jury on all issues posed.

Dated: April 2, 2008.       TRIEBSCH & FRAMPTON

By____/s/_____
    Michael G. Dini
    Attorneys for Defendant, ELITESECURITY.US, LLC