Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200,<br><br>    Defendants.<br>_____ / | Case No.: C 08-01101 JF (RS)<br><br>**Judge: Jeremy Fogel**<br>**Dept. : 3**<br><br>**Subject to E-Filing**<br><br>**CERTIFICATE OF SERVICE OF ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT ELITESECURITY.US, LLC** |

I, Linda Holbrooks, certify and declare as follows:

I am employed in the County of Stanislaus, State of California. I am over the age of eighteen and not a party to the within action; my business address is 300 N. Palm St., Turlock, CA, 95382.

On April 2, 2008, I served the ***Answer And Affirmative Defenses of Defendant ELITESECURITY.US, LLC,*** a copy of which is attached to this Certificate, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Gerald L. Roylance, Plaintiff in Pro Per*      *Paul M. Lavelle, Esq.*
*1168 Blackfield Way*      *400 LaFayette St., Ste. 200*
*Mountain View, CA 94040-2305*      *New Orleans, LA 70130*

*Richard M. Simses, Esq.*
*400 LaFayette St., Ste. 200*
*New Orleans, LA 70130*

---
1

Certificate of Service of Answer and Affirmative Defenses of Defendant ELITESECURITY.US, LLC

I caused such envelopes to be deposited in the mail at Turlock, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Triebsch & Frampton's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 2, 2008, at Turlock, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Linda Holbrooks_
Linda Holbrooks

---

2
Certificate of Service of Answer and Affirmative Defenses of Defendant ELITESECURITY.US, LLC