FILED

Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | Complaint filed: December 31, 2007 |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Trial Date: None Set |
| Defendants. | |

TO: Clerk of the above Court:

Plaintiff Gerald Roylance requests that the Clerk enter the default of Defendant Sean Hadlock on the grounds that said Defendant has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure or state requirements.

Plaintiff had Defendant Sean Hadlock served using certified mail service. The pleadings were mailed to the Defendant in Utah on February 22, 2008. The USPS left notice of February 25. Sean Hadlock signed the green card on February 26, 2008 at 9:53AM. Under California Code of Civil Procedure § 415.40, the service of summons is complete 10 days after mailing. Under California law, a defendant has 30 days after service to answer the complaint.

1

1  Consequently, under state law, the answer is due 40 days after February 22, which is April 2.
2  That date has passed.

3  Filing the Notice of Removal creates another due date for an answer under F.R.C.P.
4  81(c): either 20 days after service or 5 days after filing the Notice of Removal. Those dates have
5  also passed.
6

7  Robert J. Hadlock, a Calfornia attorney, contacted plaintiff and said that he represented
8  Sean Hadlock in this matter. Plaintiff spoke with Robert J. Hadlock on April 3, 2008. Robert
9  Hadlock had received the Notice of Removal, and he knew an answer would have to be filed in
10 federal court. He stated that he had not prepared an answer.

11
12 These facts are evidenced by the Court's file, the proof of service, and the
13 accompanying Declaration of Gerald Roylance.

14                                         Respectfully submitted,
15
16 Dated: April 4, 2008                    *Gerald Roylance*
17                                         Gerald Roylance

2