Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

FILED

08 APR -4 A 10: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | Complaint filed:  December 31, 2007 |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Trial Date:  None Set |
| Defendants. | |

I, Alice Roylance, declare:

I am over 18 years of age and not a party to this action. My address is 1168 Blackfield Way, Mountain View, CA 94040. On the date set forth below I served a true and correct copy of:
Request to Enter Default
Declaration of Gerald Roylance in support of Entry of Default

By placing copies in a sealed envelope postage thereon fully prepaid with the United States Postal Service addressed to the following persons:

| Patrick Long | Michael G. Dini |
|---|---|
| 400 N Tustin Ave Ste 370 | PO Box 709 |
| Santa Ana, CA 92705-3857 | Turlock, CA 95381-0709 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on April 4, 2008.

*Alice Roylance*
Alice Roylance

1

Declaration of Gerald Roylance in support of Entry of Default