**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 9, 2008

RE:  CV 08-01101 JF            GERALD ROYLANCE-v- ADT SECURITY SERVICES INC

Default is declined as to Defendant Sean Hadlock on 4/8/2008.

RICHARD W. WIEKING, Clerk

*[signature]*

 by:  Gordana Macic  
Case Systems Administrator

**DEFAULT DECLINED**
4/8/08
RICHARD W. WIEKING, CLERK

BY _____
  DEPUTY CLERK

1

2  Gerald Roylance
   1168 Blackfield Way
3  Mountain View, CA 94040-2305

4  Phone (650) 948-1790

5  in pro per

6

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

8

9  GERALD ROYLANCE,                    Case No.: 5:08-CV-01101 JF RS

10           Plaintiff,                REQUEST TO ENTER DEFAULT
        vs.
                                       Complaint filed:   December 31, 2007
11  ADT SECURITY SERVICES, INC.,       Trial Date:        None Set
    ELITESECURITY.US, LLC,
12  SEAN HADLOCK,
13  DOES 1-200

14           Defendants.

15  TO: Clerk of the above Court:

16       Plaintiff Gerald Roylance requests that the Clerk enter the default of Defendant Sean

17  Hadlock on the grounds that said Defendant has failed to plead or otherwise defend within the

18  time prescribed by the Federal Rules of Civil Procedure or state requirements.

19       Plaintiff had Defendant Sean Hadlock served using certified mail service. The

20  pleadings were mailed to the Defendant in Utah on February 22, 2008. The USPS left notice of

21  February 25. Sean Hadlock signed the green card on February 26, 2008 at 9:53AM. Under

22  California Code of Civil Procedure § 415.40, the service of summons is complete 10 days after

23  mailing. Under California law, a defendant has 30 days after service to answer the complaint.

24

25

1  Consequently, under state law, the answer is due 40 days after February 22, which is April 2.
2  That date has passed.

3  Filing the Notice of Removal creates another due date for an answer under F.R.C.P.
4  81(c): either 20 days after service or 5 days after filing the Notice of Removal. Those dates have
5  also passed.
6

7  Robert J. Hadlock, a Calfornia attorney, contacted plaintiff and said that he represented
8  Sean Hadlock in this matter. Plaintiff spoke with Robert J. Hadlock on April 3, 2008. Robert
9  Hadlock had received the Notice of Removal, and he knew an answer would have to be filed in
10 federal court. He stated that he had not prepared an answer.

11 These facts are evidenced by the Court's file, the proof of service, and the
12 accompanying Declaration of Gerald Roylance.
13

14                                                 Respectfully submitted,
15
16 Dated: April 4, 2008                            *Gerald Roylance*
17                                                 Gerald Roylance