William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for SEAN HADLOCK, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GERALD ROYLANCE, | ) Case No. 5:08 CV-01101 JF RS |
|---|---|
| Plaintiff, | ) **DEFENDANT SEAN HADLOCK'S CONSENT TO REMOVAL AND JOINDER IN DEFENDANT ADT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |
| vs. | |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | |
| Defendants. | |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant SEAN HADLOCK hereby consents to the removal of this action to federal court and joins in Defendant ADT's response to Plaintiff GERALD ROYLANCE's Motion to Remand.

DATED: April 16, 2008

SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation

William D. Chapman, Attorneys for Defendant,
SEAN HADLOCK

**PROOF OF SERVICE**
(1013A, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

    I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

    On April 17, 2008, I served the foregoing document described as **DEFENDANT SEAN HADLOCK'S ANSWER TO THE COMPLAINT** on the interested parties in this action.

[x]    by placing the true copies thereof enclosed in sealed envelopes addressed to:

| SEE ATTACHED SERVICE LIST | |
|---|---|

[ ]    by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ]    **(BY PERSONAL SERVICE)**
    I caused for personal delivery of envelope by hand.
[x]    **(BY MAIL)**
    [_]    I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
    [x]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY OVERNIGHT COURIER)**
    I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.

**[X] By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: April 17, 2008

_____
Dolores Cerecedes

## SERVICE LIST

GERALD L. ROYLANCE
1168 Blackfield Way
Mountain View, CA 94040-2305
650. 948-1790
GLRoylance@email.msn.com
Plaintiff In Pro Per

Patrick A. Long, Esq.
Abraham H. Tang, Esq.
LONG, WILLIAMSON & DELIS
400 North Tustin Avenue, #370
Santa Ana, CA 92705
714. 668-1400
714. 668-1411 (facsimile)
palong@lw-d.com
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Paul M. Lavelle, Esq.
Abbott, Simses & Kuchler
400 Lafayette Street, #200
New Orleans, LA 70130
504. 568-9393
504. 524-1933 (facsimile)
plavelle@abbott-simses.com
PRO HAC VICE
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Richard Michael Simses, Esq.
1360 Post Oak Blvd., #1700
Houston, Texas 77056
713. 627-9393 x110
713. 627-9395 (facsimile)
Rick-Simses@abbott-simses.com
PRO HAC VICE
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Michael G. Dini, Esq.
Triebsch & Frampton
300 N. Palm
P.O. Box 709
Turlock,, CA 95380-10709
209. 667-2300
209. 667-6157 (facsimile)
mdini@turlocklaw.net
Attorney for Defendant
ELITE SECURITY.US, LLC