Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200,<br><br>    Defendants. | Case No.: 5:08 CV-01101 JF RS<br><br>Judge: Jeremy Fogel<br>Dept. : 3<br><br>Subject to E-Filing<br><br>**DEFENDANT ELITESECURITY.US, LLC'S CONSENT TO REMOVAL AND JOINDER IN DEFENDANT ADT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: Jeremy Fogel<br>Dept.: 3<br>Date:  May 9, 2008<br>Time: 9:00 a.m. |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant ELITESECURITY.US, LLC hereby consents to the removal of this action to federal court and joins in Defendant ADT's response to Plaintiff GERALD ROYLANCE's Motion to Remand.

DATED: April 17, 2008                TRIEBSCH & FRAMPTON


                                     By  /s/ *Michael G. Dini*
                                         Michael G. Dini
                                         Attorneys for Defendant, ELITESECURITY.US,
                                                LLC