1  Gerald Roylance
   1168 Blackfield Way
2  Mountain View, CA 94040-2305

3  Phone (650) 948-1790

4  in pro per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | REPLY RE WITHDRAWN MOTION TO ENTER ADT'S DEFAULT |
| vs. | F.R.C.P. 55(a), 81(c) |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Date:  May 9, 2008<br>Time:  9:00 AM<br>Dept:  5 3rd Floor |
| Defendants. | Judge:       Jeremy Fogel<br>Magistrate:  Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:  None Set |

Plaintiff withdrew this motion on March 18, 2008. See Renotice and Withdrawl of Motion and Motion to Enter ADT's Default. Plaintiff renoticed the motion to bring it into Judge Fogel's courtroom and withdrew it because he misunderstood a rule. Renotice page 1:22-23 states: "Plaintiff withdraws this motion. He has recently learned to count 5 days according to F.R.C.P. 6(a)."

Plaintiff regrets making the original motion and any subsequent confusion.

Plaintiff filed the motion because he mistakenly believed the clerk, in her ministerial capacity, should have entered ADT's default because 5 calendar days had elapsed after the

1

1  purported filing of the Notice of Removal.  Subsequently, plaintiff learned that 5 days was really
2  7 days, so the clerk could not enter the default.

   Plaintiff disputes ADT's response, but debate is pointless because this motion is dead.

   Respectfully submitted,

7  Dated: April 23, 2008          __/s/_____
                                  Gerald Roylance