William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for SEAN HADLOCK, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>　　　　Defendants. | Case No. 5:08 CV-01101 JF RS<br><br>**DEFENDANT SEAN HADLOCK'S NOTICE OF ADMISSION OF ROBERT J. HADLOCK TO NORTHERN DISTRICT** |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Robert J. Hadlock, attorney with the firm of Smith, Chapman & Campbell, counsel for Defendant SEAN HADLOCK, has been admitted to practice in the Northern District and is now added as counsel of record in the instant case.

DATED: May 5, 2008

SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation

_____
Robert J. Hadlock, Attorneys for Defendant,
SEAN HADLOCK

---

1
DEFENDANT SEAN HADLOCK'S NOTICE OF ADMISSION OF ROBERT HADLOCK TO THE NORTHERN DISTRICT