**E-filed 5/8/08**

Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California  95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>        Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200,<br><br>        Defendants.<br>_____/ | Case No.: 5:08 CV-01101 JF RS<br><br>Judge: Jeremy Fogel<br>Dept. : 3<br><br>DEFENDANT ELITESECURITY.US, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION TO REMAND; AND PROPOSED ORDER THEREON<br><br>Dept.: 3<br>Date:  May 9, 2008<br>Time:  9:00 a.m. |

Counsel for Defendant ELITESECURITY.US, LLC respectfully requests that the Court allow the telephonic appearance of counsel at the hearing of the Motion to Remand scheduled for May 9, 2008 at 9:00 a.m. This request is made on the grounds that the attorney primarily responsible for handling this matter is located in Stanislaus County, approximately 100 miles from the above-referenced Court. Personal appearance at the hearing would therefore cause a hardship on ELITESECURITY.US, LLC, in that at least 4 hours of travel time must be incurred for the appearance.

//

1  If granted, Michael G. Dini will be making the telephonic appearance through CourtCall.

2      DATED: May 1, 2008        TRIEBSCH & FRAMPTON

 

                                  By  /s/ *Michael G. Dini*
                                      Michael G. Dini
                                      Attorneys for Defendant, ELITESECURITY.US, LLC

## [~~PROPOSED~~] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing,

**IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

DATED: __5/8/08_____.  _____
                                      District Judge Jeremy Fogel
                                      United States District Court
                                      Northern District of California

**PROOF OF SERVICE**
(1013A, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF STANISLAUS**

I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 N. Palm St., Turlock, CA 95381-0709.

On May 1, 2008, I served the foregoing document described as *Defendant Elitesecurity.US, LLC's Request to Appear Telephonically at Hearing on Plaintiff's Motion to Remand; and [Proposed] Order Thereon*

on the interested parties in this action.

[x]   by placing a true copies thereof enclosed in sealed envelopes addressed to:

    *Gerald L. Roylance, Plaintiff in Pro Per*
    *1168 Blackfield Way*
    *Mountain View, CA 94040-2305*

[x]   **(BY MAIL)**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x]   **(BY ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE):** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day, May 1, 2008, at Turlock, California.

                /s/ Linda Holbrooks
                Linda Holbrooks