**E-filed 5/8/08**

William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for SEAN HADLOCK, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>   Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>   Defendants. | Case No. 5:08 CV-01101 JF RS<br><br>Assigned to: Judge Jeremy Fogel<br><br>*EX PARTE* APPLICATION FOR DEFENDANT SEAN HADLOCK'S COUNSEL TO APPEAR TELEPHONICALLY AT THE FOLLOWING HEARINGS:<br>(1) DEFENDANT ADT'S MOTION TO REMAND; AND<br>(2) MOTION TO STRIKE THE ANSWER OF ADT;<br>DECLARATION OF ROBERT J. HADLOCK; AND PROPOSED ORDER<br><br>**Hearings set: 5/9/08 at 9:00 A.M. in Dept. 3** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Plaintiff's counsel, Robert J. Hadlock, respectfully requests that the Court allow him to appear telephonically at the hearing on Defendant ADT's MOTION TO REMAND and MOTION TO STRIKE THE ANSWER OF ADT now set for May 9, 2008 at 9:00 A.M. The reason for the request is that Mr. Hadlock is a quadriplegic, with limited use of his arms and hands and no use of his legs. Traveling to and attending the above mentioned hearings would be impossible without a personal

attendant. Allowing Mr. Hadlock to appear telephonically is a reasonable accommodation, and therefore Plaintiff requests that the Court grant it.

### DECLARATION OF ROBERT J. HADLOCK

I, Robert J. Hadlock, declare:

1. I am an attorney admitted to practice in California. I am an associate with the law firm of Smith, Chapman & Campbell, attorneys of record for the Defendant Sean Hadlock in this action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I make this request to appear telephonically on May 9, 2008 at 9:00 A.M. based on the fact that I am a quadriplegic, with limited use of my arms and hands and no use of my legs. It would create a hardship for me to travel to the United States District Court for the Northern District of California because I would have to make arrangements and pay for a personal attendant to accompany me on the trip. I believe that allowing me to appear telephonically is a reasonable accommodation for my disability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ~~23rd~~ 2nd day of ~~April~~ May, 2008, at Santa Ana, California.

_____
Robert J. Hadlock

## ORDER

GOOD CAUSE APPEARING, Defendant Sean Hadlock's counsel may appear telephonically at the Defendant ADT's MOTION TO REMAND and MOTION TO STRIKE THE ANSWER OF ADT on May 9, 2008 at 9:00 A.M.

IT IS SO ORDERED.

Dated: 5/8/08

_____
Judge Jeremy Fogel

**PROOF OF SERVICE**
(1013A, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

On ~~April 24,~~ May 2, 2008, I served the foregoing document described as **EXPARTE APPLICATION FOR DEFENDANT SEAN HADLOCK'S COUNSEL TO APPEAR TELEPHONICALLY AT THE FOLLOWING HEARINGS: (1) DEFENDANT ADT'S MOTION TO REMAND; AND (2) MOTION TO STRIKE THE ANSWER OF ADT; DECLARATION OF ROBERT J. HADLOCK; AND PROPOSED ORDER** on the interested parties in this action.

[x]    by placing the true copies thereof enclosed in sealed envelopes addressed to:

| SEE ATTACHED SERVICE LIST | |
|---|---|

[ ]    by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]    **(BY PERSONAL SERVICE)**
I caused for personal delivery of envelope by hand.

[x]    **(BY MAIL)**
[ ]    I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
[x]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY OVERNIGHT COURIER)**
I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.

[X] **By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: ~~April 24,~~ May 2, 2008                                    _____
                                                                   Dolores Cerecedes

**SERVICE LIST**

GERALD L. ROYLANCE
1168 Blackfield Way
Mountain View, CA 94040-2305
650. 948-1790
GLRoylance@email.msn.com
Plaintiff In Pro Per

Patrick A. Long, Esq.
Abraham H. Tang, Esq.
LONG, WILLIAMSON & DELIS
400 North Tustin Avenue, #370
Santa Ana, CA 92705
714. 668-1400
714. 668-1411 (facsimile)
palong@lw-d.com
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Paul M. Lavelle, Esq.
Abbott, Simses & Kuchler
400 Lafayette Street, #200
New Orleans, LA 70130
504. 568-9393
504. 524-1933 (facsimile)
plavelle@abbott-simses.com
PRO HAC VICE
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Richard Michael Simses, Esq.
1360 Post Oak Blvd., #1700
Houston, Texas 77056
713. 627-9393 x110
713. 627-9395 (facsimile)
Rick-Simses@abbott-simses.com
PRO HAC VICE
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

Michael G. Dini, Esq.
Triebsch & Frampton
300 N. Palm
P.O. Box 709
Turlock,, CA 95381-0709
209. 667-2300
209. 667-6157 (facsimile)
mdini@turlocklaw.net
Attorney for Defendant
ELITE SECURITY.US, LLC