UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 9, 2008
**Case Number:** CV-08-1101-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         GERALD ROYLANCE   V. ADT SECURITY SERVICES, ET AL

PLAINTIFF                               DEFENDANT

**Attorneys Present:** Gerald Roylance, pro se        **Attorneys Present:** Richard Simses for ADT
                                                      Michael Dini for Elite
PROCEEDINGS:                                          Robert Hadlock for Sean Hadlock

Hearing on Motion to Remand held. The motion shall be taken under submission, after the filing of simultaneous letter briefs. Briefs to be filed by 5/16/08.