Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200,<br><br>    Defendants.<br>_____ / | Case No.: 5:08 CV-01101 JF RS<br><br>Judge: Jeremy Fogel<br>Dept.: 3<br><br>Subject to E-Filing<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL BIRCHALL IN OPPOSITION TO MOTION TO REMAND**<br><br>Judge: Jeremy Fogel<br>Dept.: 3<br>Date: May 9, 2008 (original date)<br>Time: 9:00 a.m. |

I, MICHAEL BIRCHALL, hereby state as follows:

1. I am over the age of eighteen and I am an owner and agent for service of ELITESECURITY.US, LLC. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify as to all matters set forth herein. ELITESECURITY.US, LLC ("Elite") is a limited liability company organized under the laws of the State of Utah. Attached hereto as Exhibit "A" is a true and correct copy of the Utah Secretary of State public information relating to Elite.

2. I previously supplied to the court my affirmation under penalty of perjury that the signature on the U.S. Mail return receipt (No. 7007 1490 0000 8093 3043) is not my signature. I once

1

**SUPPLEMENTAL DECLARATION OF MICHAEL BIRCHALL IN OPPOSITION TO MOTION TO REMAND**

again affirm that the signature on that return receipt, a true and correct copy of which is attached as Exhibit "B," is not mine. Moreover, I did not receive any certified mailing on January 22, 2008. Typically, when articles requiring my signature arrive, the article is brought to me for my signature. I have not authorized any person in the office to sign for articles on my behalf. I have surveyed the persons working at 495 West University Parkway, Orem, Utah 84058-7364 on January 22, 2008, and no one knows who signed the return receipt and no one recognizes the handwriting that purports to be my signature. I do not recognize the handwriting either. I note there is no post office cancellation stamp on the return receipt. Attached hereto as Exhibit "C" is a true and correct copy of the U.S. Postal Service's "track and confirm" results for Receipt No. 7007 1490 0000 8093 3043. Exhibit "C" confirms deposit of the item on January 17, 2008, but contains no information confirming delivery, even as late as April 3, 2008. I also see that my name was initially misspelled by whoever did sign the receipt (it appears to me that the printed portion initially spelled my name "Ber...").

    3.    I did not receive the letter on January 22, 2008, although I recall an envelope arriving in my office without any explanation at least one month later. A true and correct copy of the envelope is attached hereto as Exhibit "D" and incorporated by this reference. The court should note that the envelope is addressed to Michael Birchall without any reference to Elite or any role or position I hold with that entity. Nothing indicated to me that receipt of this envelope constituted any type of purported service of process on Elite. Moreover, I did not consider receipt of this envelope valid service of process. At no point was I personally served with the summons and complaint. I am not aware of any facts indicating that the summons and complaint was served by "substitute service" pursuant to CCP §415.20(a) (hand delivering a copy to my office to a person in apparent control, with copy thereafter mailed to me at that address). I have never accepted service of the summons and complaint by signing an acknowledgment of service pursuant to CCP §415.30.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is signed on May __28__, 2008 in __OREM__, Utah.



Michael Birchall

2

**SUPPLEMENTAL DECLARATION OF MICHAEL BIRCHALL IN OPPOSITION TO MOTION TO REMAND**




| Name | Type | City | Status |
|---|---|---|---|
| ELITESECURITY.US, LLC | Limited Liability Company | OREM | Active |

**Business Name:** ELITESECURITY.US, LLC
**Entity Number:** 5523709-0160
**Registration Date:** 11/14/2003
**State of Origin:**

### Address

495 W UNIVERSITY PARKWAY
OREM, UT 84058

### Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 01/07/2005
**Last Renewed:** 09/25/2007
**License Type:** LLC - Domestic
**Delinquent Date:** 11/14/2008

### Registered Agent

**Registered Agent:** MICHAEL BIRCHALL
[Search BES]  [Search RPS]
**Address Line 1:** 1607 E 1320 S
**Address Line 2:**
**City:** Provo
**State:** UT
**Zip:** 84606

### Additional Information

**NAICS Code:** 9999
**NAICS Title:** 9999-Nonclassifiable Establishment

### With this information, you can...

[Search for Images]    If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a $ 2.00 fee per image of a document for this service.

[Purchase Certificate of Existence]    If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a $ 12.00 fee for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.



[Access Principal Information]    If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a $ 1.00 fee for this information.

[Back to search results]    [Do Another Search]



Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2008 State of Utah - All rights reserved.

Exhibit "A"



**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.28 |

01/17/2008

Sent To: MICHAEL BIRCHALL
Street, Apt. No.; or PO Box No.: 495 W UNIVERSITY PKWY
City, State, ZIP+4: OREM, UT 84058-7364

7007 1490 0000 8093 3043

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL BIRCHALL
495 W UNIVERSITY PKWY
OREM, UT 84058-7364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): M Beechose
C. Date of Delivery: 1-22-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 8093 3043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lynn Freret
685 Washington St
Los Altos, CA 94022-3955

**Exhibit "B"**



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0000 8093 3043**
Status: Acceptance

Your item was accepted at 3:48 PM on January 17, 2008 in LOS ALTOS, CA 94022. No further information is available for this item.

Information on this item has been restored from offline files and will be available online for 30 days from 04/03/2008.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    4/3/2008

Exhibit "C"

7007 1490 0000 8093 3043

**CERTIFIED MAIL**

Lynn Freret
685 Washington Street
Los Altos, CA 94022

Michael Birchall
495 W University Pkwy
Orem, UT 84058-7364

U.S. POSTAGE PAID
LOS ALTOS, CA 94022
JAN 17, 08
AMOUNT
$6.28
00083337-10

Exhibit "D"