Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08 CV-01101 JF RS |
| Plaintiff, | Judge: Jeremy Fogel<br>Dept. : 3 |
| vs. | Subject to E-Filing |
| ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200, | **DECLARATION OF MICHAEL G. DINI** |
| Defendants. | Judge: Jeremy Fogel<br>Dept.: 3<br>Date: May 9, 2008 (original date)<br>Time: 9:00 a.m. |

I, MICHAEL G. DINI, declare as follows:

1. I am over the age of 18, and I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm of Triebsch & Frampton, counsel of record for defendant ELITESECURITY.US, LLC herein and if called as a witness I could and would competently testify to all matters set forth herein.

2. Attached collectively as Exhibit "E" are true and correct copies of Michael Birchall's signature submitted to the California Secretary of State.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is signed on May 28, 2008 in Turlock, California.

_____
Michael G. Dini

04-02-08;19:41 ;                                    18007991390                    ;                # 1/ 6



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

   200409810168
   ELITE MARKETING GROUP, LLC
   495 WEST UNIVERSITY PKWY
   OREM UT 84058

   This Space For Filing Use Only

**DUE DATE:** 04/30/2008

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER: 200409810168
3. STATE OR PLACE OF ORGANIZATION: UT

**NO CHANGE STATEMENT**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 495 W UNIVERSITY PKWY — CITY AND STATE: OREM, UT — ZIP CODE: 84058
5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY): 8444 E. KENDRA LOOP — CITY: ORANGE — STATE: CA — ZIP CODE: 92867

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME: Michael Birchall — ADDRESS: 495 W University Pkwy — CITY AND STATE: Orem, UT — ZIP CODE: 84058

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

7. NAME: Michael Birchall — ADDRESS: 495 W University Pkwy — CITY AND STATE: Orem, UT — ZIP CODE: 84058
8. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:
9. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS: John Birchall
11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 2331 Baldwin Rd — CITY: Hughson — STATE: CA — ZIP CODE: 95326

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: Marketing

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

Michael Birchall — (signature) — Member — 1/28/08
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM — SIGNATURE — TITLE — DATE

LLC-12R (REV 07/2006)                              APPROVED BY SECRETARY OF STATE

007204

Exhibit "E," pg. 1 of 2



# State of California
### Secretary of State

## LIMITED LIABILITY COMPANY
## APPLICATION FOR REGISTRATION
## CERTIFICATE OF AMENDMENT

A $30.00 filing fee must accompany this form
IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

1. Secretary of State File Number: 200409810168

2. Name under which this foreign limited liability company is conducting business in California: ELITESECURITY.US, LLC

3. COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED, IF NECESSARY. CONSULT THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

   A. The name under which this foreign limited liability company conducts business in California. (End the name with the words "Limited Liability Company," or "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")
   ELITESECURITY.US, LLC

   B. The name of the foreign limited liability company has been changed as follows and has been recorded in the home state or country:
   ELITESECURITY.US, LLC

   C. State or country of formation of the foreign limited liability company, if false or erroneous at time of registration.

   D. Date on which the foreign limited liability company was formed, if false or erroneous at time of registration.

   E. Address of the principal executive office:   City        State       Zip Code
   495 W UNIVERSITY PKWY              OREM        UT          84058

   F. Address of the principal office in California:   City        State  CA    Zip Code
   8444 E KENDRA LOOP                 ORANGE      CA          92867

4. Future effective date, if any:    Month 04    Day 01    Year 2008

5. Number of pages attached, if any:

6. Declaration: It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

   _____           Michael Birchall – owner/member
   Signature of Authorized Person       Type or Print Name and Title of Authorized Person

   4/2/08
   Date

RETURN TO:
NAME
FIRM         495 W UNIVERSITY PKWY
ADDRESS      OREM, UT 84058
CITY/STATE
ZIP CODE

SEC/STATE (REV. 03/2005)                                    FORM LLC-6 – FILING FEE: $30.00
                                                            Approved by Secretary of State

Exhibit "E," pg. 2 of 2