Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, et al.<br><br>Defendants. | Case No. 5:08-cv-01101<br><br>**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND EXTENSION OF DEADLINES ; AND [PROPOSED] ORDER**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

The plaintiff, Gerald Roylance and Defendants, ADT Security Services, Inc., EliteSecurity US, LLC and Sean Haddock, through their attorneys of record, request and stipulate that the Initial Case Management Conference be continued and the deadlines of June 6, 2008 to meet and confer and June 20 to file the Rule 26(f) Report be extended for six weeks after the court's permanent ruling on the Plaintiff's Motion to Remand is issued.

On May 22, 2008, this Court issued a Tentative Ruling granting the plaintiff's Motion to Remand and Requesting Further Briefing to Clarify Whether Elite Was Served With The

Summons and Complaint. The parties filed additional briefs on May 28, 2008. At this time, this Honorable Court has not made a final ruling on the Plaintiff's Motion to Remand.

On February 22, 2008, this Court issued an Order Setting the Initial Case Management Conference for June 27, 2008. The deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, as well as to file the Joint ADR Certification is June 6, 2008 and the deadline to file the Rule 26 (f) Report is June 20, 2008.

Because the Court's pending ruling could affect the need for the parties to file these pleadings, the parties stipulate and agree that the Initial Case Management Conference scheduled for June 27, 2008 and the deadlines of June 6, 2008 to meet and confer and June 20, 2008 to file the Rule 26(f) Report be continued for six weeks after this Honorable Court's ruling is issued on the Plaintiff's Motion to Remand.

### ATTESTION OF PAUL M. LAVELLE

I, Paul M. Lavelle, hereby attest that the contents of this document are acceptable to all persons required to sign it.

Paul M. Lavelle
ABBOTT, SIMSES & KUCHLER, APLC

Dated June 5, 2008        By: _____/s/_____
                              Richard M. Simses (*Pro Hac Vice*)
                              Paul M. Lavelle (*Pro Hac Vice*)

                              Local Counsel for Defendant
                              LONG, WILLIAMSON & DELIS
                              Patrick Long
                              400 North Tustin Avenue, #370
                              Santa Ana, CA 92705
                              (714)668-1400
                              (714)668-1411 (fax)
                              *Attorneys for the Defendant*
                              *ADT Security Services, Inc.*

Dated June 5, 2008        By: _____/s/   (by permission)_____

2

>Gerald Roylance
>1168 Blackfield Way
>Mountain View, CA 94040
>(650)948-1790
>*Plaintiff in Pro Per*

Dated June 5, 2008                              **TRIEBSCH & FRAMPTON**

>By: _____/s/ (by permission)_____
>Michael Dini
>300 N. Palm
>P.O. Box 709
>Turlock, CA 953801-0709
>(209)667-2300
>(209)667-6157 (fax)
>*Attorneys for the Defendant*
>*EliteSecurity US, LLC*

Dated June 5, 2008                              **SMITH, CHAPMAN & CAMPBELL**

>By: _____/s/ (by permission)_____
>Robert J. Hadlock
>1800 North Broadway, Suite 200
>Santa Ana, CA 92706
>(714)550-7720
>(714)550-1251 (fax)
>*Attorneys for the Defendant Sean Hadlock*

3