Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400
Attorneys for Defendant
ADT SECURITY SERVICES, INC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, et al.<br><br>Defendants. | Case No. 5:08-cv-01101<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND EXTENSION OF DEADLINES**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

GOOD CAUSE HAVING BEEN SHOWN, the Initial Case Management Conference scheduled for June 27, 2008 and the deadlines of June 6, 2008 to meet and confer and June 20, 2008 to file the Rule 26(f) Report are continued until six weeks after the Court's ruling on the Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Dated: _____         _____
                                      Honorable Jeremy Fogel
                                      United States District Court Judge

4

## PROOF OF SERVICE

I am employed in New Orleans, State of Louisiana and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 400 Lafayette Street, Suit 200, New Orleans, Louisiana 70130. On June 5, 2008, I served the below-listed documents described as:

**STIPULATTION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT AND EXTENSION OF DEADLINES AND [PROPOSED] ORDER**

On the following parties to this action via Electronic Mail:

> Gerald L. Roylance
> 1168 Blackfield Way
> Mountain View, CA 94040-2305
> *Plaintiff in Pro Per*
>
> Michael G. Dini
> Triebsch & Frampton
> 300 N. Palm Street,
> P.O. Box 709
> Turlock, California 95381-0709
> *Attorney for EliteSecurity.US, LLC*
>
> William D. Chapman
> Robert J. Hadlock
> Smith, Chapman & Campbell
> 1800 North Broadway, Suite 200
> Santa Ana, California 92706
> *Attorneys for Sean Hadlock*

I declare that I am a member of the Bar of Louisiana admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

Executed on June 5, 2008.

> By: ____/s/ Paul M. Lavelle____
> Paul M. Lavelle (*pro hac vice*)

5