Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone:  (713) 627-9393

Patrick A. Long, Esq. (48221)
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone:  (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADT SECURITY SERVICES, et al.<br><br>                    Defendants. | Case No.  5:08-cv-01101<br><br>**ADT'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF ELITESECURITY US, LLC; AND PROPOSED ORDER**<br><br>Judge:  Jeremy Fogel<br>Dept.:  3<br><br>Hearing Date:  July 11, 2008<br>Time:  9:00 a.m. |

**ADT'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON
PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF ELITESECURITY US, LLC**

Counsel for Defendant ADT Security Services, Inc. (ADT) respectfully requests that the Court allow the telephonic appearance of counsel at the hearing on the Motion to Strike the Answer of EliteSecurity US, LLC scheduled for July 11, 2008 at 9:00 a.m.  This request is made on the grounds that the primary attorney representing ADT is located in Houston, Texas.  Also,

there are no issues involving ADT that will be argued at this hearing.  Personal appearance at the hearing would therefore cause a hardship on ADT in that extensive travel time and expense will be incurred for the appearance.

    If granted, Richard M. Simses and/or Paul M. Lavelle will be making the telephonic appearance through CourtCall.

DATED:	June 23, 2008	Respectfully submitted,

                                **ABBOTT, SIMSES & KUCHLER, APLC**

                                By: ____/s/ Richard M. Simses_____
                                      Richard M. Simses (*Pro Hac Vice*)
                                      Paul M. Lavelle (*Pro Hac Vice*)

                                **LONG, WILLIAMSON & DELIS**

                                By: _____
                                    Patrick A. Long

                                **Attorneys for Defendant**
                                **ADT SECURITY SERVICES, INC.**

Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., (*Pro Hac Vice*)
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

\*\*E-filed 6/24/08\*\*

Patrick A. Long, Esq. (48221)
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400
Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>           Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, et al.<br><br>           Defendants. | Case No. 5:08-cv-01101<br><br>**ADT'S ~~PROPOSED~~ ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF ELITESECURITY US, LLC**<br><br>Judge: Jeremy Fogel<br>Dept.: 3<br><br>Hearing Date: July 11, 2008<br>Time: 9:00 a.m. |

**[~~Proposed~~] ORDER**

Having reviewed the file and the request in this matter, and for good cause appearing,

**IT IS SO ORDERED** that ADT's request to appear telephonically at the hearing on Plaintiff's

Motion to Strike the Answer of EliteSecurity US, LLC is hereby GRANTED.

DATED: 6/24/08

District Judge Jeremy Fogel
United States District Court
Northern District of California

**PROOF OF SERVICE**

      I am employed in Houston, State of Texas and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056. On June 23, 2008, I served the below-listed documents described as:

**ADT'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF ELITESECURITY US, LLC**

      On the following parties to this action via Hand Delivery, Electronic, or United States Mail:

      Gerald L. Roylance
      1168 Blackfield Way
      Mountain View, CA 94040-2305
      *Plaintiff in Pro Per*

      Michael G. Dini
      Triebsch & Frampton
      300 N. Palm Street,
      P.O. Box 709
      Turlock, California 95381-0709
      *Attorney for EliteSecurity.US, LLC*

      William D. Chapman
      Robert J. Hadlock
      Smith, Chapman & Campbell
      1800 North Broadway, Suite 200
      Santa Ana, California 92706
      *Attorneys for Sean Hadlock*

      I declare that I am a member of the Bar of Texas admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

      Executed on June 23, 2008.

      By: _____/s/ Richard M. Simses
              Richard M. Simses (*pro hac vice*)