William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for SEAN HADLOCK, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>    Defendants. | Case No. 5:08 CV-01101 JF RS<br><br>Assigned to: Judge Jeremy Fogel<br><br>*EX PARTE* APPLICATION FOR DEFENDANT SEAN HADLOCK'S COUNSEL TO APPEAR TELEPHONICALLY AT THE FOLLOWING HEARINGS:<br>(1) PLAINTIFF'S MOTION TO DISMISS DEFENDANT SEAN HADLOCK'S ANSWER; AND<br>(2) PLAINTIFF'S MOTION TO STRIKE ANSWER OF DEFENDANT ELITESECURITY.US, LLC<br>DECLARATION OF ROBERT J. HADLOCK; AND PROPOSED ORDER<br><br>**Hearings set: 7/11/08 at 9:00 A.M. in Dept. 3** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff's counsel, Robert J. Hadlock, respectfully requests that the Court allow him to appear telephonically at the hearing on Plaintiff's Motion to Dismiss Defendant Sean Hadlocks's Answer and Plaintiff's Motion to Strike Answer of Defendant EliteSecurity.US, LLC now set for July 11, 2008 at 9:00 A.M. The reason for the request is that Mr. Hadlock is a quadriplegic, with limited use of his arms and hands

and no use of his legs. Traveling to and attending the above mentioned hearings would be impossible without a personal attendant. Allowing Mr. Hadlock to appear telephonically is a reasonable accommodation, and therefore Plaintiff requests that the Court grant it.

## DECLARATION OF ROBERT J. HADLOCK

I, Robert J. Hadlock, declare:

1. I am an attorney admitted to practice in California. I am an associate with the law firm of Smith, Chapman & Campbell, attorneys of record for the Defendant Sean Hadlock in this action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I make this request to appear telephonically on July 11, 2008 at 9:00 A.M. based on the fact that I am a quadriplegic, with limited use of my arms and hands and no use of my legs. It would create a hardship for me to travel to the United States District Court for the Northern District of California because I would have to make arrangements and pay for a personal attendant to accompany me on the trip. I believe that allowing me to appear telephonically is a reasonable accommodation for my disability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of June, 2008, at Santa Ana, California.

_____
Robert J. Hadlock

## ORDER

GOOD CAUSE APPEARING, Defendant Sean Hadlock's counsel may appear telephonically at the hearing on Plaintiff's Motion to Dismiss Defendant Sean Hadlock's Answer; and (2) Plaintiff's Motion to Strike Answer of Defendant Elitesecurity.US, LLC on July 11, 2008 at 9:00 A.M.

IT IS SO ORDERED.

Dated: 6/24/08

Judge Jeremy Fogel