Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, et al.<br><br>Defendants. | Case No. 5:08-cv-01101<br><br>**STIPULATION REQUESTING REVISED DATES FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES; AND [PROPOSED] ORDER**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

The plaintiff, Gerald Roylance and Defendants, ADT Security Services, Inc., EliteSecurity US, LLC and Sean Haddock, through their attorneys of record, file this stipulation requesting revised dates for the Initial Case Management Conference and other deadlines and respectfully show this court as follows:

On June 9, 2008, this Court granted the parties' request and stipulation to reschedule the Initial Case Management Conference and other deadlines until six weeks after the court ruled on the Plaintiff's Motion for Remand. The Court issued its ruling denying the Plaintiff's Motion for

Remand on June 16, 2008.  Pursuant to the previous stipulation and the Court's Order, the parties request and stipulate that the date of the Initial Case Management Conference and other deadlines be revised as follows:

| Date | Event |
|---|---|
| 7/18/08 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Join ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 8/01/08 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| 8/08/08 | INITIAL CASE MANAGEMENT CONFERNCE (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

## **ATTESTION OF RICHARD M. SIMSES**

I, Richard M. Simses, hereby attest that the contents of this document are acceptable to all persons required to sign it.

                                                ABBOTT, SIMSES & KUCHLER, APLC

Dated June 25, 2008                By: _____/s/__ Richard M. Simses_____
                                                Richard M. Simses (*Pro Hac Vice*)
                                                Paul M. Lavelle (*Pro Hac Vice*)

                                                Local Counsel for Defendant
                                                LONG, WILLIAMSON & DELIS
                                                Patrick Long
                                                400 North Tustin Avenue, #370
                                                Santa Ana, CA 92705
                                                (714)668-1400
                                                (714)668-1411 (fax)
                                                *Attorneys for the Defendant*
                                                *ADT Security Services, Inc.*

Dated June 25, 2008                    By:  _/s/_ Gerald Roylance (by permission)_____
                                                              Gerald Roylance
                                                              1168 Blackfield Way
                                                              Mountain View, CA 94040
                                                              (650)948-1790
                                            *Plaintiff in Pro Per*

Dated June 25, 2008                    **TRIEBSCH & FRAMPTON**

                                          By: _____/s/_ Michael Dini (by permission)_____
                                                             Michael Dini
                                                             300 N. Palm
                                                             P.O. Box 709
                                                             Turlock, CA 953801-0709
                                                             (209)667-2300
                                                             (209)667-6157 (fax)
                                         *Attorneys for the Defendant*
                                         *EliteSecurity US, LLC*

Dated June 25, 2008                    **SMITH, CHAPMAN & CAMPBELL**

                                          By: _____/s/ Robert J. Hadlock (by permission)__
                                             Robert J. Hadlock
                                             1800 North Broadway, Suite 200
                                             Santa Ana, CA 92706
                                             (714)550-7720
                                             (714)550-1251 (fax)
                                       *Attorneys for the Defendant Sean Hadlock*

Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400
Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADT SECURITY SERVICES, et al.<br><br>　　　　　Defendants. | Case No. 5:08-cv-01101<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING REVISED DATES FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

GOOD CAUSE HAVING BEEN SHOWN, the date of the Initial Case Management Conference and other deadlines are revised as follows:

7/18/08　　　　Last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- File Join ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

8/01/08　　　　Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement

8/08/08　　　　INITIAL CASE MANAGEMENT CONFERNCE (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                          Honorable Jeremy Fogel
                                                                          United States District Court Judge

**PROOF OF SERVICE**

I am employed in Houston, State of Texas and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 1360 Post Oak Blvd., Houston, Texas 77056. On June 25, 2008, I served the below-listed documents described as:

**STIPULATTION REQUESTING RESCHEDULED DATES FOR THE INITIAL CASE MANAGEMENT AND OTHER DEADLINES AND [PROPOSED] ORDER**

On the following parties to this action via Electronic Mail:

Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305
*Plaintiff in Pro Per*

Michael G. Dini
Triebsch & Frampton
300 N. Palm Street,
P.O. Box 709
Turlock, California 95381-0709
*Attorney for EliteSecurity.US, LLC*

William D. Chapman
Robert J. Hadlock
Smith, Chapman & Campbell
1800 North Broadway, Suite 200
Santa Ana, California 92706
*Attorneys for Sean Hadlock*

I declare that I am a member of the Bar of Texas admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

Executed on June 25, 2008.

By: __/s/ Richard M. Simses_____
Richard M. Simses (*pro hac vice*)