## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  July 11, 2008
**Case Number:** CV-08-1101-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **GERALD ROYLANCE   V. ADT SECURITY SERVICES, ET AL**

**PLAINTIFF**                                              **DEFENDANT**

**Attorneys Present:** Gerald Roylance, pro se           **Attorneys Present:** Paul Lavelle for ADT
                                                          Michael Dini for Elite
**PROCEEDINGS:**                                          Robert Hadlock for Sean Hadlock

    Hearing on Motions to Strike held.  Parties are present.  The motions are taken under submission.