Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>                 Plaintiff,<br><br>          v.<br><br>ADT SECURITY SERVICES, et al.<br><br>                 Defendants. | Case No.  5:08-cv-01101<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Judge:  Jeremy Fogel<br>Dept.:  3 |

Counsel report that they have met and conferred regarding ADR and that they:

            have not yet reached an agreement to an ADR process
X         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:          August 8, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gerald Roylance | Gerald Roylance | (650)948-1790 | glroylance@email.msn.com |
| Richard M. Simses | ADT Security Services | (713)627-9393 | rick-simses@abbott-simses.com |
| Michael Dini | EliteSecurity | (209)667-2300 | mdini@turlocklaw.net |

Robert J. Hadlock    Sean Hadlock        (714)550-7720    hadlock@smithchapman.com

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gove) will notify you of the date and time of your phone conference.*

Dated: July 18, 2008                By:  /s/  Gerald Roylance (by permission) _____
                                        Gerald Roylance
                                        1168 Blackfield Way
                                        Mountain View, CA 94040
                                        (650)948-1790
                                        *Plaintiff in Pro Per*


Dated: July 18, 2008                **TRIEBSCH & FRAMPTON**

                                    By: _____ /s/  Michael Dini (by permission) _____
                                        Michael Dini
                                        300 N. Palm
                                        P.O. Box 709
                                        Turlock, CA 953801-0709
                                        (209)667-2300
                                        (209)667-6157 (fax)
                                        *Attorneys for the Defendant*
                                        *EliteSecurity US, LLC*

Dated: July 18, 2008                **SMITH, CHAPMAN & CAMPBELL**

                                    By: _____ /s/ Robert J. Hadlock (by permission) ___
                                        Robert J. Hadlock
                                        1800 North Broadway, Suite 200
                                        Santa Ana, CA 92706
                                        (714)550-7720
                                        (714)550-1251 (fax)
                                        *Attorneys for the Defendant Sean Hadlock*


Dated: July 18, 2008                By: _____ /s/  Richard M. Simses _____
                                        Richard M. Simses (*Pro Hac Vice*)
                                        Paul M. Lavelle (*Pro Hac Vice*)

                                        Local Counsel for Defendant
                                        LONG, WILLIAMSON & DELIS
                                        Patrick Long
                                        400 North Tustin Avenue, #370
                                        Santa Ana, CA 92705
                                        (714)668-1400
                                        (714)668-1411 (fax)
                                        *Attorneys for the Defendant*
                                        *ADT Security Services, Inc.*

## <u>ATTESTION OF RICHARD M. SIMSES</u>

I, Richard M. Simses, hereby attest that the contents of this document are acceptable to all persons required to sign it.

ABBOTT, SIMSES & KUCHLER, APLC

Dated July 18, 2008 By: _____/s/___Richard M. Simses_____
      Richard M. Simses (*Pro Hac Vice*)
      Paul M. Lavelle (*Pro Hac Vice*)

      Local Counsel for Defendant
      LONG, WILLIAMSON & DELIS
      Patrick Long
      400 North Tustin Avenue, #370
      Santa Ana, CA 92705
      (714)668-1400
      (714)668-1411 (fax)
      *Attorneys for the Defendant*
      *ADT Security Services, Inc.*