Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, et al.<br><br>Defendants. | Case No. 5:08-cv-01101<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (B), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program(ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 18, 2008               By:  /s/  Gerald Roylance (by permission)
                                        Gerald Roylance
                                        1168 Blackfield Way
                                        Mountain View, CA 94040
                                        (650)948-1790
                                   *Plaintiff in Pro Per*

Dated: July 18, 2008               **TRIEBSCH & FRAMPTON**

                                   By:       /s/  Michael Dini (by permission)
                                        Michael Dini
                                        300 N. Palm
                                        P.O. Box 709
                                        Turlock, CA 953801-0709
                                        (209)667-2300
                                        (209)667-6157 (fax)
                                   *Attorneys for the Defendant
                                   EliteSecurity US, LLC*

Dated: July 18, 2008               **SMITH, CHAPMAN & CAMPBELL**

                                   By:       /s/ Robert J. Hadlock (by permission)
                                        Robert J. Hadlock
                                        1800 North Broadway, Suite 200
                                        Santa Ana, CA 92706
                                        (714)550-7720
                                        (714)550-1251 (fax)
                                   *Attorneys for the Defendant Sean Hadlock*

Dated: July 18, 2008               By:        /s/   Richard M. Simses
                                        Richard M. Simses (*Pro Hac Vice*)
                                        Paul M. Lavelle (*Pro Hac Vice*)

                                        Local Counsel for Defendant
                                        LONG, WILLIAMSON & DELIS
                                        Patrick Long
                                        400 North Tustin Avenue, #370
                                        Santa Ana, CA 92705
                                        (714)668-1400
                                        (714)668-1411 (fax)
                                   *Attorneys for the Defendant
                                   ADT Security Services, Inc.*

## ATTESTION OF RICHARD M. SIMSES

I, Richard M. Simses, hereby attest that the contents of this document are acceptable to all persons required to sign it.

                                        ABBOTT, SIMSES & KUCHLER, APLC

Dated July 18, 2008                By: _____/s/__Richard M. Simses_____
                                             Richard M. Simses (*Pro Hac Vice*)
                                             Paul M. Lavelle (*Pro Hac Vice*)

                                             Local Counsel for Defendant
                                           LONG, WILLIAMSON & DELIS
                                           Patrick Long
                                           400 North Tustin Avenue, #370
                                           Santa Ana, CA 92705
                                           (714)668-1400
                                           (714)668-1411 (fax)
                                     *Attorneys for the Defendant*
                                     *ADT Security Services, Inc.*