Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC.; ELITESECURITY.US, LLC; SEAN HADLOCK; DOES 1-200,<br><br>    Defendants.<br>_____/ | **Case No.: 5:08 CV-01101 JF RS**<br><br>Judge: Jeremy Fogel<br>Dept. : 3<br><br>**DEFENDANT ELITESECURITY.US, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER THEREON**<br><br>Dept.: 53rd Floor<br>Date: August 8, 2008<br>Time: 10:30 a.m. |

    Counsel for Defendant ELITESECURITY.US, LLC respectfully requests that the Court allow the telephonic appearance of counsel at the Initial Case Management Conference scheduled for August 8, 2008 at 10:30 a.m. This request is made on the grounds that the attorney primarily responsible for handling this matter is located in Stanislaus County, approximately 100 miles from the above-referenced Court. Personal appearance at the conference would therefore cause a hardship on ELITESECURITY.US, LLC, in that at least 4 hours of travel time must be incurred for the appearance.

If granted, Michael G. Dini will be making the telephonic appearance through CourtCall.

DATED: August 4, 2008                    Respectfully submitted,

TRIEBSCH & FRAMPTON


By  /s/ *Michael G. Dini*
    Michael G. Dini
    Attorneys for Defendant, ELITESECURITY.US, LLC


## [PROPOSED] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing,

**IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.


DATED: _____.

                                         District Judge Jeremy Fogel
                                         United States District Court
                                         Northern District of California