Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Fax: (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, | **Case No.: 5:08 CV-01101 JF RS** |
| Plaintiff, | |
| vs. | Judge: Jeremy Fogel<br>Dept. : 3 |
| ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200, | **CERTIFICATION OF DEFENDANT ELITESECURITY.US, LLC RE NON-PARTY INTERESTS PURSUANT TO LOCAL RULE 3-16** |
| Defendants. | |
| | Dept.: 3<br>Date: August 8, 2008<br>Time: 10:30 a.m. |

ELITESECURITY.US, LLC hereby certifies that it knows of no financial interest in the subject matter of the controversy submitted or any other kind of interest that could be substantially affected by the outcome of the proceeding other than that of the named parties to the action.

DATED: August 8, 2008　　　　TRIEBSCH & FRAMPTON


By  /s/ *Michael G. Dini*
　　Michael G. Dini
　　Attorneys for Defendant, ELITESECURITY.US, LLC