1  Michael G. Dini, SBN 162073
   TRIEBSCH & FRAMPTON
2  300 N. Palm Street, P.O. Box 709
   Turlock, California  95381-0709
3  Telephone:  (209) 667-2300
   Fax:  (209) 667-6157
4
   Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, | **Case No.: 5:08 CV-01101 JF RS** |
| Plaintiff, | |
| vs. | Judge:  Jeremy Fogel<br>Dept. :  3 |
| ADT SECURITY SERVICES, INC.;<br>ELITESECURITY.US, LLC; SEAN<br>HADLOCK; DOES 1-200, | **DEFENDANT ELITESECURITY.US, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON** |
| Defendants. | |
| _____/ | Dept.:  53rd Floor<br>Date:  August 8, 2008<br>Time:  10:30 a.m. |

Counsel for Defendant ELITESECURITY.US, LLC respectfully requests that the Court allow the telephonic appearance of counsel at the Initial Case Management Conference scheduled for August 8, 2008 at 10:30 a.m.  This request is made on the grounds that the attorney primarily responsible for handling this matter is located in Stanislaus County, approximately 100 miles from the above-referenced Court.  Personal appearance at the conference would therefore cause a hardship on ELITESECURITY.US, LLC, in that at least 4 hours of travel time must be incurred for the appearance.

1. If granted, Michael G. Dini will be making the telephonic appearance through CourtCall.
2. DATED: August 4, 2008        Respectfully submitted,
3. TRIEBSCH & FRAMPTON

By  /s/ *Michael G. Dini*
   Michael G. Dini
   Attorneys for Defendant, ELITESECURITY.US, LLC

## [~~PROPOSED~~] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing,

**IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

DATED: __8/8/08_____.        _____
                                  District Judge Jeremy Fogel
                                  United States District Court
                                  Northern District of California