## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Case Management Conference, August 8, 2008
**Case Number:** CV-08-1101-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        GERALD ROYLANCE   V. ADT SECURITY SERVICES, ET AL

          **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** Gerald Roylance, pro se        **Attorneys Present:** Richard Sinises for ADT
                                                      Michael Dini for Elite
                                                      Robert Hadlock for Sean Hadlock

**PROCEEDINGS:**

Case management conference held.  Parties are present.  The case is referred to Magistrate Judge Seeborg for settlement conference, to occur prior to 10/10/08.  Continued to 10/10/08 at 10:30 a.m. for further case management conference.  Discovery to occur prior to the settlement conference.