Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone (650) 948-1790

in pro per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| GERALD ROYLANCE, | Case No.: 5:08-CV-01101 JF RS |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, LR 3-16 |
| vs. | |
| ADT SECURITY SERVICES, INC., ELITESECURITY.US, LLC, SEAN HADLOCK, DOES 1-200 | Date:<br>Time:<br>Dept:   5 3rd Floor |
| Defendants. | Judge:         Jeremy Fogel<br>Magistrate:    Richard Seeborg<br>Complaint filed: December 31, 2007<br>Trial Date:    None Set |

## I.   INTRODUCTION

Pursuant to Civil Local Rule 3-16, Plaintiff certifies the following interested entities or persons.

Michael Birchall

Hadhaus Marketing, Inc.

Seamless Marketing

SeamlessMarketing.net

1

1     Seamless Marketing Solutions, Inc

2     Seamless Marketing, LLC

3     SeamlessMediaCorp.com

4

5     Seamless Media Streaming, LLC

6     Shaun McCracken

7     Jaime (Jay) Williams

8

9     William (Will) Martin

10     ThorMediaMarketing.com

11     Starr System Satellite

12

13     Cash Crop Clothing

14     NextGeneration Satellite

15     NextGeneration Wireless

16

17     G & B Next Generation Communications.

18     Ronald Gagnon

19

20                             Respectfully submitted,

21

22 Dated: August 11, 2008                __/s/_____
                                         Gerald Roylance

23

24

25