Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., *(Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393

Abraham H. Tang, Esq. State Bar No. 186334
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400

Attorneys for Defendant
ADT SECURITY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC., et al.<br><br>Defendants. | Case No. 5:08-cv-01101<br><br>**NOTICE OF ORAL/VIDEO DEPOSITION OF GERALD ROYLANCE**<br><br>Judge: Jeremy Fogel<br>Dept.: 3 |

## NOTICE OF ORAL/VIDEO DEPOSITION OF GERALD ROYLANCE

PLEASE TAKE NOTICE that on the **20th** day of **October, 2008**, at the hour of **1:00 p.m.** at the offices of Pulone & Stromberg Court Reporters, 1550 The Alameda, Suite 150, San Jose, California 95126 (408) 280-1252, ADT Security Services, Inc. will take the oral/video deposition of Gerald Roylance, under oath, upon oral examination, pursuant to the Federal Rules of Civil Procedure, before a

Notary Public or other officer duly authorized by law to administer an oath.

Oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 22nd day of September, 2008.

                Respectfully submitted,

                **ABBOTT, SIMSES & KUCHLER, APLC**

                By: _____/s/ Richard M. Simses_____
                      Richard M. Simses (*Pro Hac Vice*)
                      Paul M. Lavelle (*Pro Hac Vice*)

                      Local Counsel for Defendant
                      LONG, WILLIAMSON & DELIS
                      Patrick Long
                      400 North Tustin Avenue, #370
                      Santa Ana, CA 92705
                      (714)668-1400
                      (714)668-1411 (fax)
                      *Attorneys for the Defendant*
                      *ADT Security Services, Inc.*

## PROOF OF SERVICE

I am employed in Houston, State of Texas and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 1360 Post Oak Boulevard, Suite 1700, Houston, Texas 77056. On September 22, 2008, I served the below-listed documents described as:

**NOTICE OF ORAL/VIDEO DEPOSITION OF GERALD ROYLANCE**

On the following parties to this action via Hand Delivery, Electronic, or United States Mail:

Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA  94040-2305
*Plaintiff in Pro Per*

Michael G. Dini
Triebsch & Frampton
300 N. Palm Street,
P.O. Box 709
Turlock, CA  95381-0709
*Attorney for EliteSecurity.US, LLC*

William D. Chapman
Robert J. Hadlock
Smith, Chapman & Campbell
1800 North Broadway, Suite 200
Santa Ana, CA  92706
*Attorneys for Sean Hadlock*

I declare that I am a member of the Bar of Texas admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

Executed on September 22, 2008.

By: _____/s/ Richard M. Simses_____
Richard M. Simses (*pro hac vice*)