Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California  95381-0709
Telephone:  (209) 667-2300
Fax:  (209) 667-6157

**E-Filed 10/6/08**

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

GERALD ROYLANCE,

        Plaintiff,

vs.

ADT SECURITY SERVICES, INC.;
ELITESECURITY.US, LLC; SEAN
HADLOCK; DOES 1-200,

        Defendants.

_____/

**Case No.: 5:08 CV-01101 JF RS**

Judge:  Jeremy Fogel
Dept. :  3

**STIPULATION REQUESTING CONTINUED
DATE FOR THE CASE MANAGEMENT
CONFERENCE; AND [PROPOSED] ORDER**

        The plaintiff, Gerald Roylance and defendants, ADT Security Services, Inc., EliteSecurity.US, LLC and Sean Haddock, through their attorneys of record, file this stipulation requesting a revised date for the Case Management Conference and respectfully show this Court as follows:

        A Settlement Conference has been scheduled for October 21, 2008, before Magistrate Judge Richard Seeborg.  The parties request and stipulate that the Case Management Conference, currently scheduled for October 10, 2008, be continued to:

//

//

//

| Date | Event |
|------|-------|
| 11/07/08 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3, 5th Floor, San Jose, CA at 10:30 a.m. |

## ATTESTATION OF MICHAEL G. DINI

I, Michael G. Dini, hereby attest that the contents of this document are acceptable to all persons required to sign it.

Dated: September 25, 2008

TRIEBSCH & FRAMPTON

By: ____/s/ Michael G. Dini_____
Michael Dini
300 N. Palm
P.O. Box 709
Turlock, CA 953801-0709
(209)667-2300
(209)667-6157 (fax)
*Attorneys for the Defendant*
*EliteSecurity US, LLC*

Dated: September 25, 2008

By: ____/s/ Gerald Roylance (by permission)____
Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040
(650)948-1790
*Plaintiff in Pro Per*

ABBOTT, SIMSES & KUCHLER, APLC

Dated: September 25, 2008

By: ____/s/ Richard M. Simses (by permission)____
Richard M. Simses (*Pro Hac Vice*)
Paul M. Lavelle (*Pro Hac Vice*)
Local Counsel for Defendant
LONG, WILLIAMSON & DELIS Patrick Long
400 North Tustin Avenue, #370
Santa Ana, CA 92705
(714)668-1400
(714)668-1411 (fax)
*Attorneys for the Defendant*
*ADT Security Services, Inc.*

Stipulation Requesting Continued Date for the Case Management Conference; and [Proposed] Order

1    Dated: September 25, 2008        SMITH, CHAPMAN & CAMPBELL

2

3                       By:    /s/ Robert J. Hadlock (by permission)

                           Robert J. Hadlock

4                            1800 North Broadway, Suite 200

                           Santa Ana, CA 92706

5                            (714)550-7720

                           (714)550-1251 (fax)

6                            *Attorneys for the Defendant Sean Hadlock*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Requesting Continued Date for the Case Management Conference; and [Proposed] Order

Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California   95381-0709
Telephone:  (209) 667-2300
Fax:  (209) 667-6157

Attorneys for Defendant, ELITESECURITY.US, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

GERALD ROYLANCE,

        Plaintiff,

vs.

ADT SECURITY SERVICES, INC.;
ELITESECURITY.US, LLC; SEAN
HADLOCK; DOES 1-200,

        Defendants.

_____/

**Case No.: 5:08 CV-01101 JF RS**

Judge:  Jeremy Fogel
Dept. :  3

**[PROPOSED] ORDER ON STIPULATION
REQUESTING CONTINUED DATE FOR THE
CASE MANAGEMENT CONFERENCE**

     GOOD CAUSE HAVING BEEN SHOWN, the date of the Case Management Conference is revised as follows:

| Date | Event |
|------|-------|
| 11/07/08 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3, 5th Floor, San Jose, CA at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated:  10/6/08                      .

_____
Honorable Jeremy Fogel
United States District Court Judge

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of Stanislaus, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is 300 North Palm, P.O. Box 709, Turlock, California 95381-0709.

On September 25, 2008, I served the foregoing document described as:

  *Stipulation Requesting Continued Date for the Case Management Conference; and [Proposed] Order*

on the following parties to this action via Electronic Mail:

  Gerald L. Roylance   GLRoylance@email.msn.com
  1168 Blackfield Way
  Mountain View, CA 94040-2305
  Gerald L. Roylance
  *Plaintiff in Pro Per*

  William D. Chapman  wchapman@smithchapman.com
  Robert J. Hadlock   rhadlock@smithchapman.com
  **Smith, Chapman & Campbell**
  1800 North Broadway, Suite 200
  Santa Ana, California 92706
  *Attorneys for Sean Hadlock*

  Richard M. Simses, Esq., (Pro Hac Vice)  Rick-Simses@abbott-simses.com
  Paul M. Lavelle, Esq., (Pro Hac Vice)  plavelle@abbott-simses.com
  **Abbott, Simses & Kuchler, APLC**
  1360 Post Oak Blvd., Suite 1700
  Houston, Texas 77056

  Patrick A. Long  palong@lw-d.com
  **Long, Williamson & Delis**
  400 N. Tustin Avenue, Suite 370
  Santa Ana, California 92705
  *Attorneys for ADT Security Services*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 25, 2008, at Turlock, California.

        /s/ Linda Holbrooks
        Linda Holbrooks

Stipulation Requesting Continued Date for the Case Management Conference; and [Proposed] Order