**\*E-FILED 10/17/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROYLANCE,<br><br>      Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC., et al.,<br><br>      Defendants.<br>_____/ | No. C 08-01101 JF (RS)<br><br>**ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

By declaration dated October 17, 2008, Robert J. Hadlock, counsel for defendant Sean Hadlock, has informed the court that defendant Sean Hadlock cannot be present at the settlement conference scheduled for October 21, 2008.

It is hereby ORDERED that Sean Hadlock be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on October 21, 2008.

If the court concludes that the absence of Sean Hadlock is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including Sean Hadlock.

IT IS SO ORDERED.

Dated: October 17, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Abraham H Tang     ahtang@lw-d.com

Gerald Roylance     GLRoylance@email.msn.com

Michael Dini     mdini@turlocklaw.net

Patrick A Long     palong@lw-d.com

Paul M. Lavelle     plavelle@abbott-simses.com

Richard Michael Simses     Rick-Simses@abbott-simses.com

Robert J. Hadlock     rhadlock@smithchapman.com

William Donald Chapman     wchapman@smithchapman.com

Dated: October 17, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

**United States District Court**
For the Northern District of California