Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040
(650)948-1790
*Plaintiff in Pro Per*

Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., (*Pro Hac Vice)*
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone:  (713) 627-9393

Patrick A. Long,  SBN 48221
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone:  (714) 668-1400
Attorneys for Defendant
ADT SECURITY SERVICES, INC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| GERALD ROYLANCE,<br><br>             Plaintiff,<br>      vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>             Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; and [PROPOSED] ORDER<br><br><br>Judge:            Jeremy Fogel<br>Magistrate:     Richard Seeborg<br>Complaint filed:   12/31/07<br>Trial Date:      None Set |

    Plaintiff, Gerald Roylance and defendant, ADT Security Services, Inc. hereby enter into a stipulation that the claims made by plaintiff, Gerald Roylance against defendant, ADT Security Services, Inc. in this matter are dismissed with prejudice, with each party bearing their own

1

1  attorneys fees and costs.

2      IT IS SO STIPULATED:

3

4

5  **Dated: November 26, 2008**　　　　　　　By:___/s/ Gerald Roylance_____
　　　　　　　　　　　　　　　　　　　　　　Gerald Roylance
6  　　　　　　　　　　　　　　　　　　　　　1168 Blackfield Way
　　　　　　　　　　　　　　　　　　　　　　Mountain View, CA 94040
7  　　　　　　　　　　　　　　　　　　　　　(650)948-1790
8  　　　　　　　　　　　　　　　　　　　　　*Plaintiff in Pro Per*

9

10 **Dated: November 26, 2008**　　　　　　　**ABBOTT, SIMSES & KUCHLER, APLC**

11 　　　　　　　　　　　　　　　　　　　　　By:_____/s/__Richard M. Simses_____
12 　　　　　　　　　　　　　　　　　　　　　Richard M. Simses (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　Paul M. Lavelle (*Pro Hac Vice*)
13

14
　　　　　　　　　　　　　　　　　　　　　　Local Counsel for Defendant
15 　　　　　　　　　　　　　　　　　　　　　LONG, WILLIAMSON & DELIS
　　　　　　　　　　　　　　　　　　　　　　Patrick Long
16 　　　　　　　　　　　　　　　　　　　　　400 North Tustin Avenue, #370
　　　　　　　　　　　　　　　　　　　　　　Santa Ana, CA 92705
17 　　　　　　　　　　　　　　　　　　　　　(714)668-1400
18 　　　　　　　　　　　　　　　　　　　　　(714)668-1411 (fax)
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Defendant*
19 　　　　　　　　　　　　　　　　　　　　　*ADT Security Services, Inc.*

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in Houston, State of Texas and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056. On November 26, 2008, I served the below-listed documents described as:

### STIPULATION ON DISMISSAL WITH PREJUDICE

On the following parties to this action via Hand Delivery, Electronic, or United States Mail:

> Gerald L. Roylance
> 1168 Blackfield Way
> Mountain View, CA 94040-2305
> *Plaintiff in Pro Per*
>
> Michael G. Dini
> Triebsch & Frampton
> 300 N. Palm Street, P.O. Box 709
> Turlock, California 95381-0709
> *Attorney for EliteSecurity US, LLC*
>
> William D. Chapman
> Robert J. Hadlock
> Smith, Chapman & Campbell
> 1800 North Broadway, Suite 200
> Santa Ana, California 92706
> *Attorneys for Sean Hadlock*

I declare that I am a member of the Bar of Texas admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

Executed on November 26, 2008.

By:   /s/ Richard M. Simses_____
Richard M. Simses (*pro hac vice*)