Gerald Roylance
1168 Blackfield Way
Mountain View, CA 94040
(650)948-1790
*Plaintiff in Pro Per*

Richard M. Simses, Esq., *(Pro Hac Vice)*
Paul M. Lavelle, Esq., (*Pro Hac Vice*)
**Abbott, Simses & Kuchler, APLC**
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone:  (713) 627-9393

Patrick A. Long,  SBN 48221
**Long, Williamson & Delis**
400 N. Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone:  (714) 668-1400
Attorneys for Defendant
ADT SECURITY SERVICES, INC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| GERALD ROYLANCE,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ADT SECURITY SERVICES, INC.,<br>ELITESECURITY.US, LLC,<br>SEAN HADLOCK,<br>DOES 1-200<br><br>　　　　　Defendants. | Case No.: 5:08-CV-01101 JF RS<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE<br><br><br>Judge:　　　　Jeremy Fogel<br>Magistrate:　　Richard Seeborg<br>Complaint filed:　12/31/07<br>Trial Date:　　None Set |

　　　Based upon the stipulation between plaintiff, Gerald Roylance and defendant, ADT

Security Services, Inc., in which the parties agreed  that the claims made by plaintiff, Gerald

1  Roylance against defendant, ADT Security Services, Inc. in this matter should be dismissed with
2  prejudice, with each party bearing their own attorneys fees and costs,
3      IT IS HEREBY ORDERED that the claims made by plaintiff, Gerald Roylance against
4  defendant, ADT Security Services, Inc. in this matter are dismissed, with prejudice and with each
5  party bearing their own attorneys fees and costs.
6      IT IS SO ORDERED:

9  DATED: 12/1/08 .                    _____
                                       District Judge Jeremy Fogel
                                       United States District Court
                                       Northern District of California

2

**PROOF OF SERVICE**

I am employed in Houston, State of Texas and admitted in this matter *pro hac vice*. I am over the age of eighteen and my business address is Abbott, Simses & Kuchler, APLC, 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056. On November 26, 2008, I served the below-listed documents described as:

**[PROPOSED] ORDER ON STIPULATION ON DISMISSAL WITH PREJUDICE**

On the following parties to this action via Hand Delivery, Electronic, or United States Mail:

>Gerald L. Roylance
>1168 Blackfield Way
>Mountain View, CA 94040-2305
>*Plaintiff in Pro Per*
>
>Michael G. Dini
>Triebsch & Frampton
>300 N. Palm Street, P.O. Box 709
>Turlock, California 95381-0709
>*Attorney for EliteSecurity US, LLC*
>
>William D. Chapman
>Robert J. Hadlock
>Smith, Chapman & Campbell
>1800 North Broadway, Suite 200
>Santa Ana, California 92706
>*Attorneys for Sean Hadlock*

I declare that I am a member of the Bar of Texas admitted in this matter *pro hac vice* and that the above is true and correct under penalty of perjury.

Executed on November 26, 2008.

>By:  /s/ Richard M. Simses
>Richard M. Simses (*pro hac vice*)

3